# PLAINTIFF'S EXHIBIT A





**OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY**

RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908
(718) 250-2000

CHARLES J. HYNES
*District Attorney*

 ## Complaint Room Screening Sheet

Forfeiture
Vehicular

---

## DWI--DEF BLEW A .150\\511 1 (0 ON 0)\\POSSESSED MARIHUANA AND A POLICE RADIO FREQUENCY SCANNER

T/P/O
A/O OBSERVED DEF DRIVING A 2005 CADILLAC ESCALADE WITH A NYS LICENSE PLATE NO. DNX2136 AND FAILED TO STOP AT TWO STEADY RED LIGHTS

A/O PULLED DEF OVER
VO SMELLED AN ODOR OF ALCOHOL ON DEF'S BREATH, OBSERVED DEF TO HAVE SLURRED SPEECH, AND BLOODSHOT EYES.

A/O ASKED DEF FOR DEF DRIVER'S LICENSE
DEF HANDED A/O HIS DRIVER'S LICENSE

DEF BLEW A .151 AT THE SCENE

DEF WAS TRANSPORTED TO 78 PCT
DEF'S VEHICLE WAS FORFEITURED

IDTU# 09BK100
DEF AGREED TO A BREATH TEST
DEW BLEW A .150 AT 04:50

AT THE 78 PCT, DEF STATED, IN SUM AND SUBSTANCE, I AM COMING FROM FOOTPRINTS LOUNGE
DEF REFUSED IDE QUESTIONS

A/O RECOVERED 2 GLASSINE ENVELOPES OF MARIHUANA AND A MARIHUANA CIGAR FROM THE CENTER CONSOLE OF DEF'S SAID VEHICLE
A/O RECOVERED A RADIO SHACK RADIO FREQUENCY SCANNER FROM DRIVER'S SIDE DOOR OF SAID VEHICLE

A/O ASKED DEF IF DEF WAS A POLICE OFFICER, PEACE OFFICER, OR ANY OTHER LAW ENFORCEMENT CAPACITY
DEF, STATED, IN SUM AND SUBSTANCE, I JUST USE IT

A DMV CHECK WAS CONDUCTED AND REVEALED DEF'S DRIVER'S LICENSE TO BE SUSPENDED
A/O INFORMED DEF OF DEF'S SUSPENDED DRIVER'S LICENSE
DEF DID NOT STATE ANYTHING



# New York City Police Department
## Omni Form System - Arrests

**RECORD STATUS:**

**Arrest ID: K09603860 - R**

**Arrest Location:** South EX S CORNER EAST 55 STREET & AVENUE J

**Pct: 063**

**Arrest Date:** 01-13-2009    Processing Type: ON LINE

**Time:** 03:38:00    DCJS Fax Number: K0003113

Sector: E    Specs Event Code: -

   IAT Number: 0

Stop And Frisk: NO    Return Date: 0000-00-00

Serial #: 0000-000-00000

**COMPLAINTS:**

Arrest #: K09603860

| COMPLAINT NUMBER | REPORT DATE | RECD RD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2009-063-00244 | 2009-01-13 | Valid, No Arrests | 2009-01-13 | 03:28 |

**CHARGES:**

Arrest #: K09603860

| CHARGE | ATTEMPT? | LAW CODE | CLASS | PL | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | VTL0511 01A-03 | E | 14 | | AGGRAVATED UNLIC OPER VEH-3RD |
| #02 | No | VTL1192.02A | M | | | OPER MV .18 OF 1% ALCOHOL 18 T |

| DWI Arrest from: OBSERVATION | Test Given: BREATHALYZER READING | B.A.C.: .15 | Reason Not Forfeit: |
|---|---|---|---|

**DETAILS:**

Arrest #: K09603860

AT T/P/O, DEFT WAS OBSERVED BEHIND THE WHEEL OF A 2008 CADILLAC ESCALADE BEARING NY LIC PLATE DNXX138 HEADED E/B ON AVENUE J WHEN HE FAILED TO STOP AT TWO CONSECUTIVE RED LIGHTS AND TURNED DOWN EAST 55 STREET S/B ON A N/B ONE WAY STREET. AT STOP, A/O OBSERVED DEFT'S SLURRED SPEECH, BLOODSHOT EYES AND PERCEIVED A STRONG SMELL OF ALCOHOL ON DEFT'S BREATH.

**DEFENDANT: SMITH, RADCLIFF**

NYSID #:    Arrest #: K09603860

Nick/AKA/Maiden:

Sex: MALE    Height: 5FT 7IN

Race: BLACK    Weight: 210

Age: 42    Eye Color: BROWN

Date Of Birth: 03/09/1966    Hair Color: BLACK

U.S. Citizen: NO    Hair Length: SHORT

Place Of Birth: JAMAICA    Hair Style: STRAIGHT

Need Interpreter: NO    Skin Tone: MEDIUM

Language:    Complexion: CLEAR

Accent: NO

Social Security #:

Occupation: UNKNOWN

Physical Condition: APPARENTLY NORMAL    Force Type:

Drug Used: NONE

Order Of Protection: NO

Issuing Court:

Docket #:

Expiration Date:

Relation to Victim: STRANGER

Living to gether: NO

Can be Identified: YES

Gang Affiliation: NO

Name:

Identifie r:

**LOCATION**

| | ADDRESS | CITY | STATE | COUNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|---|
| HOME-PERMANENT | | | | | 11236 | | 089 |

Phone # and E-Mail Address: NO TO STOP AT TWO CONS.

N.Y.C.H.A. Resident: NO
Development: NYC

| | | |
|---|---|---|
| Physical Force: **NONE** | Gun: | Used Transit System: NO |
| Weapon Used/Possed: **NONE** | Make: | Station Entered: |
| Non-Firearm Weapon: **NONE** | Color: | Time Entered: |
| Other Weapon Description: | Caliber: | Metro Card Type: |
| | Type: | Metro Card Used/Posse: |
| | Discharged: NO | Card #: |

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | HEADGEAR - BEBALL HAT - BLUE |
| CLOTHING | FOOTWEAR - WK BOOTS - TAN |
| CLOTHING | ACCESSORIES |
| CLOTHING | OUTER SHIRT |
| CHARACTERISTICS | UNKNOWN - MULTI COLORED OR STR |
| BODY MARKS | UNKNOWN |
| BODY MARKS | UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**                                              Arrest #: K09603860

Juvenile Offender:
Number Of Priors: 0
School Attendance:
Mother's Maiden Name:

**ASSOCIATED ARRESTS:**                                         Arrest #: K09603860

ARREST ID COMPLAINT #

**DEFENDANTS CALLS:**                                           Arrest #: K09603860

| CALL # | NUMBER DIALED, NAME CALLED | DATE | TIME |
|---|---|---|---|
| 1 | -- REFUSED | 01/??/2009 | 06:?? |

**INVOICES:**                                                  Arrest #: K09603860

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|
| B205518 | 083 | MOTOR VEHICLE | |

**ARRESTING OFFICER:**                                          Arrest #: K09603860

Tax Number:
Other ID (non-NYPD): UNKNOWN                          Force Used: NO
Shield: 841                                              Type:
Department: NYPD                                         Reason:
Command: 083                                             Officer Injured: NO

| Arresting Officer Name: POM FADUGBA, STEVEN | | Command: 083 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SGT STEWART/PERRY Q | | Command: 083 | Agency: NYPD |
| Report Entered by: POF FEASTER, KIMBE | | Command: 083 | Agency: NYPD |

# END OF ARREST REPORT
# K09603860



# New York City Police Department
## Omniform System - Complaints



| Report Cmd:<br>063 | Jurisdiction:<br>N.Y. POLICE DEPT | Record Status:<br>Ready for Signoff, No Arrest | Complaint #:<br>2009-063-00254 |
|---|---|---|---|

| | |
|---|---|
| **Occurrence SOUTH EAST CORNER EAST 55**<br>**Location: STREET & AVENUE J**<br>Name Of Premise:<br>Premises Type: STREET<br>Location Within Premise:<br>Visible By Patrol?: NO | Precinct: 063<br>Sector: E<br>Beat:<br>Post: |

| | |
|---|---|
| **Occurrence From: 2009-01-13 03:28 TUESDAY**<br>Occurrence thru: 2009-01-13 03:38<br>Reported: 2009-01-13 05:58<br>**Complaint Received: PICK-UP** | Aided #<br>Accident #<br>O.C.C.B. # |

| | |
|---|---|
| **Classification: DWI INTOX DRIV ALCOH**<br>Attempted/Completed: COMPLETED<br>Most Serious Offense Is: MISDEMEANOR<br>PD Code: 905  INTOXICATED DRIVING,ALCOHOL<br>PL Section: ?<br>Keycode: 347  INTOXICATED & IMPAIRED DRIVING | **Case Status: CLOSED**<br>Unit Referred To:<br>Clearance Code: UNIFORM ARREST<br>Log/Case #: 0<br>File #: 39<br>Prints Requested? NO |

| Was The Victim's Personal Information Taken Or Possessed?<br>NO | | Was The Victim's Personal Information Used To Commit A Crime?<br>NO | |
|---|---|---|---|
| Gang Related?<br>NO | Gang Intel Log #: | Name Of Gang: | DIR Required?<br>NO |
| | | | Child Abuse Suspected?<br>NO |

| If Burglary: | Alarm: | If Arson: |
|---|---|---|
| Forced Entry? | Bypassed? | Structure: |
| Structure: | Comp Responded?: | Occupied?: |
| Entry Method: | Company Name/Phone: | Damage by: |
| Entry Location: | Crime Prevention Survey Requested?: | |

| Supervisor On Scene - Rank / Name / Command :<br>SGT AITOLA 063 | Canvas Conducted:<br>NO | Interpreter(If used): |
|---|---|---|

**NARRATIVE:**
AT T/P/O,DEFT WAS OBSERVED BEHIND THE WHEEL OF A 2005 CADILLAC ESCALADE BEARING NY LIC PLATE DNX2136 HEADED E/B ON AVENUE J WHEN HE FAILED TO STOP AT TWO CONSECUTIVE RED LIGHTS AND TURNED DOWN EAST 55 STREET S/B ON A N/B ONE WAY STREET. AT STOP, A/O OBSERVED DEFT'S SLURRED SPEECH, BLOODSHOT EYES AND PERCEIVED A STRONG SMELL OF ALCOHOL ON DEFT'S BREATH.

## No NYC TRANSIT Data for Complaint # 2009-063-00254

| Total Victims:<br>1 | Total Witnesses:<br>0 | Total Reporters:<br>0 | Total Wanted:<br>0 |
|---|---|---|---|

| *VICTIM: # 1 of 1* | Name:<br>, | Complaint#:<br>2009-063-00254 |
|---|---|---|

| Nick/AKA/Maiden:<br>UMOS: NO<br>Sex/Type: PSNY<br>Race: UNKNOWN<br>Age: 0 | Gang Affiliation:<br>Name:<br>Identifiers: |
|---|---|

Date Of Birth: UNKNOWN
Disabled? NO
Need Interpreter:
Language:
N.Y.C.H.A Resident?

Will View Photo:
Will Prosecute:
Notified Of Crime
Victim Comp. Law: NO

| LOCATION ADDRESS CITY STATE/COUNTRY ZIP APT/ROOM |  |
| --- | --- |
| Phone #: |  |
| Action against Victim: | Actions Of Victim Prior To Incident: |
| Victim Of Similar Incident: | If Yes, When And Where |

**ARRESTS:**                    Complaint # 2009-063-00254

| Arrest ID | Status | Defendant Name | Sex | Race | AGE | Arrest Date |
| --- | --- | --- | --- | --- | --- | --- |
| K09603860 | ACTIVE | SMITH, RADCLIFF | MALE | BLACK | 42 | 01/13/2009 |

| VEHICLE: # 1 of 1 | VIN: 1GYEK63N65R134048 | Complaint #: 2009-063-00254 |
| --- | --- | --- |
| Vehicle Was: USED IN A CRIME | Vehicle Stolen/Attempted Stolen From: | Invoice #: B205518V |

| Plate(s): | **Vehicle** | Recovered Prior To Alarm: NO |
| --- | --- | --- |
| Number of Plates: 2 | Year: 2005 | Alarm #: |
| License Plate #: DNX2136 | Make: CADILLAC | Precinct: 000 |
| State: NY | Model: ESCADALE | Date: |
| Expires: 0000 | Style: | Time: |
| Type: | Color: WHITE | Transmitted By: |
| Ins. Code: 217 |  |  |
| Policy #: 460289850 |  |  |

| Vehicle Condition: | Held For Forfeiture: YES |
| --- | --- |

| Reporting/Investigating M.O.S. Name: POM FADUGBA STEVEN | Tax #: | Command: 063 PCT | Rep.Agency: NYPD |
| --- | --- | --- | --- |
| Supervisor Approving Name: SGT STEWARTPERRY QU | Tax #: | Command: 063 PCT | Rep.Agency: NYPD |
| Complaint Report Entered By: POF FEASTER | Tax #: | Command: 063 PCT | Rep.Agency: NYPD |
| Signoff Supervisor Name: | Tax #: 000000 | Command: | Rep.Agency: |



# END OF COMPLAINT REPORT # 2009-063-00254



Print this Report

# ARREST REPORT — SUPPLEMENT

PD 244-157 (Rev. 9-86)-2

**PRINT LEGIBLY — WHEN ADDITIONAL SPACE IS NEEDED RECORD UNDER DETAILS.**

N.Y.S.I.D. NO.

1 - WHITE
2 - BLACK
3 - AMER. INDIAN
4 - ASIAN
5 - HISPANIC-WHITE
6 - HISPANIC-BLACK

| ARREST NO. (Original) | YEAR | SURNAME | FIRST | MIDDLE |
|---|---|---|---|---|
| K0960336602 | 2009 | SMITH | RADCLIFF | |

| PCT. OF ARREST (Original) | ADDRESS (Include City & State) | PHONE NO. | |
|---|---|---|---|
| 063 | 2089 | RADCLIFF | |

| TIME OF ARREST | DATE OF ARREST | EXACT LOCATION OF ARREST | APT. NO. | PRECINCT |
|---|---|---|---|---|
| 0332 | 1/15/2009 | 911 East 85 St Brooklyn NY Avenue J @ East 55 | | 063 |

ARRESTING/ASSIGNED OFFICER: PADILLA BA

RANK: PO

SHIELD NO.: 241

COMMAND: 063

| DATE OF BIRTH | AGE | SEX | Race Code | LAW | SECTION | CLASS | SPECIFIC OFFENSE (List Highest Charge First) |
|---|---|---|---|---|---|---|---|
| 03/09/1966 | 42 | M | 2 | VTL | 1192 | M | D.W.I |

□ CRIMINAL COURT WARRANT  □ SUPREME COURT WARRANT  □ FAMILY COURT WARRANT
WARRANT O.C.A. NO. ___ ISSUED BY JUDGE/CLERK ___ PART ___ DATE ISSUED ___

DOCKET IND. NO.

**DETAILS:** Further investigation of the vehicle and its contents yields a glassine envelope of alleged marijuana in a cardboard console and a police radio frequency scanner laying on the seat belt column by the door (driver's side).

## DUPLICATE COPIES FOR:
□ BRIBERY/IMPERSONATING POLICE OFFICER
□ DRUG ADDICT/ANY ARREST FOR CONT. SUB./MARIJUANA
□ FORC. RAPE/FORC. SODOMY/SEX ABUSE 1°
□ ANY ARREST OF AN ALIEN
□ OTHER: ___

| AIDED NO. | ACC. NO. | CMD. |
|---|---|---|

| VOUCHER NO'S | CMD |
|---|---|
| P | 063 |

ADVISED OF RIGHTS BY: ___

AMOUNT OF FUNDS: ___   RETURNED □ YES □ NO

PRISONER'S TELEPHONE CALLS:
TIME ___   NUMBER CALLED ___
1. ___   1. ___
2. ___   2. ___

NAME OF PERSONS CALLED AND RELATIONSHIP
1. ___
2. ___

WARRANT CHECK (Name) ___
ACTIVE WARRANTS  □ YES  ☒ NO

| PHYSICAL CONDITION | | TREATED AT | DATE AND TIME RECORDED | TIME OUT — RETURNED | DOCTOR | TIME — DISPOSITION OF PRISONER |
|---|---|---|---|---|---|---|
| □ NORMAL  □ APPARENTLY REFUSED TREATMENT  □ OTHER (Describe) | | KCH | | | | |

**WAIVER OF TELEPHONE PRIVILEGE:** I have been informed of my rights to make, or have made for me, three telephone calls, free of charge within the city or on a reverse charge basis outside the city, and I hereby decline to exercise this right at this time.

**RENUNCIO DEL PRIVILEGIO TELEFONICO.** Me han informado de mi derecho de hacer, o que hagan por mi, tres llamadas telefonicas, gratis sin cargo dentro de la ciudad, o con cargos revers afuera de la ciudad, y yo por la presente declino mi ejercicio a este derecho.

| Signature of defendant/Firma del acusado | Date/Dia | Time/Hora |
|---|---|---|

SIGNATURE OF BOOKING WARRANT DIVISION SUPERVISOR

**DISTRIBUTION:**
WHITE - IDENTIFICATION SECTION
BUFF - PRECINCT OF ARREST
PINK - ARRESTING OFFICER

### You have the right to remain silent and refuse to answer questions. Do you understand?
1. You have the right to remain silent and refuse to answer questions. Do you understand?
2. Anything you do say may be used against you in a court of law. Do you understand?
3. You have the right to consult an attorney before speaking, to the police and to have an attorney present during any questioning now or in the future. Do you understand?
4. If you cannot afford an attorney, one will be provided for you without cost. Do you understand?
5. If you do not have an attorney available, you have the right to remain silent until you have had an opportunity to consult with one. Do you understand?
6. Now that I have advised you of your rights, are you willing to answer questions without an attorney present?

# THIS FORM MUST BE TYPED

W-912426

 

## PROPERTY CLERK'S MOTOR VEHICLE/BOAT INVOICE
PD 571-147 (Rev. 5/01)-Pent

# B 205518 V



**CATEGORY OF PROPERTY:**
- ☐ Rotation Tow (See Reverse Side of Yellow Copy)
- ☐ Arrest Evidence
- ☒ Forfeiture
- ☐ Investigation
- ☐ Safekeeping
- ☐ Determine True Owner  DATE 01/13
- ☐ Photo-Release

YR 09   Pct. 063

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Fadugba | PO | 641 | | 063 |

| Year of Veh. | Make | Model | Type | Color | Veh. Ident. No. |
|---|---|---|---|---|---|
| 2005 | Cadillac | Eacalude | subn | white | 1gyek63n65r134048 |

| No. of Lic. Plates | Lic. Plate No. | State | Certificate of Inspection | | | Veh./Boat Running | Boat Found Adrift |
|---|---|---|---|---|---|---|---|
| ☐One ☒Two ☐None | dnx2136 | ny | Ser. No. | State | Yr. | ☒Yes ☐No | ☐Yes ☐No |

| Item Pct. Qty. | No. Of Tires 4 | No. Of Air Bags 2 | Battery ☒Yes ☐No | Radio ☐AM ☒AM/FM ☐None | Other Sound Equip. ☒CD ☐Cass ☐None | Special Wheels n/a | Wheel Covers m/a | Keys With Vehicle ☒Ignition ☐Trunk ☐None |
|---|---|---|---|---|---|---|---|---|

| Item Pct. | Trunk ☒Open ☐Locked ☐Broken | Glove Compartment ☒Open ☐Locked ☐Broken | Exterior Condition ☐Good ☒Fair ☐Poor ☐Shell | Interior ☐Good ☒Fair ☐Poor |
|---|---|---|---|---|

| Pct. Qty. | Additional Equipment or Accessories. n/a |
|---|---|

| Pct. Qty. | List Missing or Damaged Parts (Indicate Which) cracked leather seats, slightly damged  driver door console |
|---|---|

| Location Veh./Boat Obtained avenue j and east 55 streety | Time 0338 | Date 01/13/09 | Personal Property Removed ☒Yes ☐No | Pr. Clk. Invoice No. |
|---|---|---|---|---|

| Alarm No. | Pct. | Complaint No. 00254 | Date Trans. | Cancelled By | Date Cancelled | Time | N.A.T.B. NTFD. ☐Yes ☐No | Inter-City Corres. Unit No. |
|---|---|---|---|---|---|---|---|---|

| Registered Owner Name smith radcliff | Address 911 east 85 street | City brooklyn | State ny | Zip Code 11236 | Telephone No. refused |
|---|---|---|---|---|---|

| Registered Owner Notified By n/a | Rank | Shield No. | Precinct | Date | Time | How Notified ☐Letter ☐Telephone ☐Fax |
|---|---|---|---|---|---|---|

| Vehicle Taken From smith radcliff | Address 911 east 85 street | City brooklyn | State ny | Zip Code 11236 | Telephone No. refused |
|---|---|---|---|---|---|

| Prisoner's Last Name smith | First radcliff | Age 42 | Address 911 east 85 street | City brooklyn | State ny | Zip Code 11236 | No. of Pris. 1 |
|---|---|---|---|---|---|---|---|

| Date of Arrest 1/13/09 | Arrest No. k09603860r | Pct. 063 | Compl. No. 00254 | Pct. 063 | Charge DW1 |
|---|---|---|---|---|---|

| Double Tow? ☐Yes ☐No | Signature of Authorizing Officer | | Receipt Received/Issued |
|---|---|---|---|

| Name of ADA Requesting Vehicle be Held ADA Hoffman | Borough Kings | Telephone No. 7182503660 |
|---|---|---|

**Remarks:** Enter any additional details, including a description of valuable parts, accessories, etc. Briefly explain why vehicle was taken into custody.

deft was observed driving the above mentioned vehicle bearing NY LIC Plate # DNX2136 when he ran two consecutive red lights without stopping and then went southbound on a northbound one way street. upon stopping the vehicle deft had slurred speech, bloodshot eyes and a strong smell of alcohol was perceived from the deft's breath.

IF VEHICLE IS RETURNED TO OWNER, THEN COMPLETE BACK OF WHITE OR YELLOW COPY

| Signature Printing | Vehicle Delivered By | Shield | Tow Truck No. | Date | Rank SGT | Date 1/13/09 | Time |
|---|---|---|---|---|---|---|---|

(Rev. 5/01)-Pent

Check only one of the below categories.

☒ ARREST EVIDENCE     ☐ DECEDENT'S PROPERTY     ☐ FOUND PROPERTY

☐ INVESTIGATORY     ☐ PEDDLER PROPERTY

☐ OTHER _____

DATE PREPARED: **01/13**     YR **2009**     PCT. **063**

| Arresting/Assigned Officer **Faduzba** | | | Rank **PO** | Shield No. **641** | Tax Reg. No. ▓▓▓ | | Command **063** |
|---|---|---|---|---|---|---|---|

| Prisoner's Last Name **Smith** | First **rardcliff** | Age **42** | Address (Include City, State, Zip Code, Apt.) **911 east 85 street bklyn ny 11236** | | No. of Prisoners **1** | Acc./Aided # |
|---|---|---|---|---|---|---|

| Date of Arrest **1/13/099** | Arrest No. **L09603860r** | Charge/Offense Under Investigation **DWI** | Fel. ☐ | Misd. ☒ | J.D. ☐ | Viol. ☐ | Complaint No. **00254** |
|---|---|---|---|---|---|---|---|

| Finder of Property **pany** | | Address (Include City, State, Zip Code, Apt.) **1844 brooklyn ave bklyn ny 11210** | Telephone No. **7182584411** |
|---|---|---|---|

| Owner's Name (See Instructions) | | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|---|

| Complainant's Name **pany** | | Address (Include City, State, Zip Code, Apt.) **1844 brooklyn ave bklyn ny 11210** | Telephone No. **7182584411** |
|---|---|---|---|

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION (For Property Clerk's Use Only) | AND DATE |
|---|---|---|---|---|---|
| 1 | 2 | glassine envelopes of alleged marijuana | | | |
| 2 | 1 | alleged marijuana cigarette | | | |
| xxxxxxxxxxxx above is a complete list of items vouchered xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | TOTAL | | | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused

| **R.T.O.** | Owner/Claimant's | Signature | Date | Time | Property Clerk Storage Location |
|---|---|---|---|---|---|

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).

above is being vouchered as arrest evidence and stored in narcotics envelope #H312475 and storeds in SE #F298279. Abo ve was found upon seach incidnetal to lawful arrest in defendant vehicle bearing NY lic Plate DNX2136.

| Rank and Signature of Desk Officer | Tax No. ▓▓▓ | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | Command |
|---|---|---|---|

Property Clerk's Signature

**P 485702**

DISTRIBUTION: **WHITE** - Prop. Clk. File    **SECOND WHITE** - Inventory Unit Copy    **YELLOW** - Prop. Clk. Work Copy
**BLUE** - Police Officer's Copy    **GREEN** - Evidence Release/Investigation Copy    **PINK** - Prisoner/Finder Receipt Copy

# PROPERTY CLERK'S INVOICE

PD 521-122 (Rev. 3-01)- Petit

485703

Check only one of the below categories.

- [X] **ARREST EVIDENCE**
- [ ] **DECEDENT'S PROPERTY**
- [ ] **FOUND PROPERTY**
- [ ] **INVESTIGATORY**
- [ ] **PEDDLER PROPERTY**
- [ ] **OTHER** _____

DATE PREPARED: **01/13**          YR **2009**   PCT. **063**

| Arresting/Assigned Officer **Paduqba** | | Rank **po** | Shield No. **641** | Tax Reg. No. | Command **063** |
|---|---|---|---|---|---|

| Prisoner's Last Name **smith** | First **radcliff** | Age **42** | Address (Include City, State, Zip Code, Apt.) **911 east 85 street bklyn ny 11236** | No. of Prisoners **1** | Acc./Aided # |
|---|---|---|---|---|---|

| Date of Arrest **1/13/09** | Arrest No. **K09603860K** | Charge/Offense Under Investigation **DWI** | Fel. [ ] | Misd. [X] | J.D. [ ] | Viol. [ ] | Complaint No. **0B254** |
|---|---|---|---|---|---|---|---|

| Finder of Property **psny** | Address (Include City, State, Zip Code, Apt.) **1844 brooklyn ayee bklyn ny 11210** | Telephone No. **7182584411** |
|---|---|---|

| Owner's Name (See Instructions) | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|

| Complainant's Name **psny** | Address (Include City, State, Zip Code, Apt.) **1844 brooklyn ave bklyn ny 11210** | Telephone No. **7182584411** |
|---|---|---|

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION (For Property Clerk's Use Only) AND DATE |
|---|---|---|---|---|
| 1 | 1 | radioshack radio freq scanner | | |
| xxxxxxxxxx | above is a complete list of items vouchered xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL | | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued [ ] Yes [ ] Refused

| **R.T.O.** | Owner/Claimant's Signature | Date | Time | Property Clerk Storage Location |
|---|---|---|---|---|

REMARKS: *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

above is being vouchered for arrest evidence and stored in sa # f298280,. Above items was
found idn  defendant's possession  upon search inckdental to lawful arrest.

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | Command |
|---|---|---|---|

Property Clerk's Signature

**P 485703**

INCIDENT           63E         33         HL76  D18A 0317 D18  0317 T01451   S

10-10 VEHICLE/OUT                              PR 5

E 55 ST - J AVE

 63C 10-89 0523   63ST1 10-98 0433   63G 10-98 0346

*0317 ---NFU--*0328 --XMITTED NON EMERG NON EMERG--*0338 --1

UNDER--*0339 --63G--TRANP VEH BACK TO 63 PCT--*0339 --PLZ HAVE

I.D.T.U RESP TO 78 PCT--AUTH OF 63C D1735*0340 HWY DISTRICT PO

BENT NTFD--CW TRAFF CW 1574*0523 ---1 ML IN AUTO TO SH--AUTH OF

63C--D1020

                                        13JAN09 0543 LIVE

**ARRESTING OFFICER'S REPORT - IDTU**
PD 2/3-151 (Rev 01-94) HAU-Pent

| DEFENDANT LAST | FIRST | | NAME | DATE: |
|---|---|---|---|---|
| SMITH | RADCLIFF | | | 01/18/2005 |

| ADDRESS | | | | | | |
|---|---|---|---|---|---|---|
| 911 EAST 85 STREET, BROOKLYN NY 11236 | | | | | | |

| D.O.B. | AGE: | SEX | DRIVER LIC# | | STATE |
|---|---|---|---|---|---|
| 03/00/62 | 42 | male | 784 365 448 | | NY |

| PLACE OF OCCURRENCE | | PCT. OF OCCURRENCE |
|---|---|---|
| 40TH AVENUE J @ EAST 55 ST | | 063 |

| TIME OF OCCURRENCE | TIME OF ARREST | PCT OF ARREST |
|---|---|---|
| 0328 | 0338 | 063 |

| WAS DEFENDANT INVOLVED IN AN ACCIDENT? ☐YES ☒NO | IF YES, NAME OF OTHER PARTY INVOLVED | ADDRESS |
|---|---|---|

| SEAT BELT USED? ☐YES ☐NO | ACCIDENT# | AIDED# | OTHER VIOLATIONS |
|---|---|---|---|

| NUMBER KILLED: | ☐OPERATOR | ☐PASSENGER | ☐PEDESTRIAN |
|---|---|---|---|
| NUMBER INJURED: 0 | ☐OPERATOR | ☐PASSENGER | ☐PEDESTRIAN |

| ADDITIONAL CHARGES: ☐YES ☐NO | IF YES, SPECIFY: |
|---|---|

| CHECKPOINT: ☐YES ☒NO | PATROL: ☐YES ☐NO |
|---|---|

| VEHICLE SEIZED: ☒YES ☐NO | IF YES, VEHICLE MAKE: CADILLAC | YEAR: 2005 | PLATE: DNX2186 |
|---|---|---|---|

| Arresting Officer Rank | Name | Signature | Shield | Tax Regist # | Command |
|---|---|---|---|---|---|
| PO | FADUGBA | | 641 | | 063 |

**ARRESTING OFFICER: FILL IN ALL INFORMATION ABOVE THE DOTTED LINE**

## INTOXILYZER OPERATIONAL CHECKLIST

**INITIAL EACH STEP:**

1. ☐Turn on Intoxilyzer (red button) and Simulator
   ☐Intoxilyzer and Simulator already on.

2. Subject was under direct observation for at least 20 minutes minutes prior to obtaining of the breath sample(s). Subject did not have anything to eat, drink or smoke and did not vomit, regurgitate or belch during the 20 minute period or during the test(s).

3. Observe Display: "CMI INC. INTOXILYZER ALCOHOL ANALYZER 5000"- Push Button-verify "TIME/DATE."

4. Check Simulator Temperature 34.0 Degrees C.
5. Push Green Start/Test Button
   The following entries will be prompted for and must be entered. After entering information hit Enter Key.
   A. IDTU#    B. Subjects Last, First, M.I.    C. Breath Test Y/N    D. Refusal Y/N.
   E. Blood Test Y/N    F. Urine Test Y/N.

6. Observe Display: "AIR BLANK"
7. Observe Display: "CAL CHECK"
8. Observe Display: "AIR BLANK"
9. Observe Display: "PLEASE BLOW INTO THE MOUTHPIECE UNTIL TONE STOPS"
   "PLEASE BLOW"..........Listen for tone to stop.
10. Secure breath sample from subject
11. Observe "AIR BLANK"
12. Finish input
13. Test complete

| SIMULATOR NUMBER DR 2954 | CERTIFIED BY WHOM L A B |
|---|---|
| SIMULATOR LOT # 08300 2005 | DATE CERTIFIED Craticac |
| INTOXILYZER NUMBER 68-011408 | MODEL Intoxilyzer 5000 NY |
| DATE CERTIFIED | CERTIFIED BY WHOM LAB |
| TIME OF TEST OR REFUSAL | TEST RESULTS .150 |

| I.D.T.U. TECHNICIAN Melé | SHIELD 2103 | COMMAND 912 |
|---|---|---|
| WITNESSING OFFICER PO Fadugba | SHIELD 641 | COMMAND 63 |

| FIELD TEST INSTRUMENT: ☐YES ☐NO | MAKE Intoxilyzer S-D2 | SERIAL # 99420 |
|---|---|---|
| TIME OF FIELD TEST 0317 | LOCATION P/O Ave J and E55 St | READING .151 |

Distribution:    White- HD File (Original)     Yellow- Court Copy     Blue- Arresting Officer's Copy

```
                078 PRECINCT
                INTOXILYZER - ALCOHOL ANALYZER
                MODEL 5000EN                    SN 68-011464
                01/13/2009

                I.D.T.U. TEST # 09BK100
--------------------------------------------------------------------
DEFENDANT
  NAME:  SMITH,RADCLIFF,                    AGE 42           SEX M
  ADDRESS: 911 E 85ST                       DATE OF BIRTH 03/09/66
  DRIVER LIC# 784365448/NY                                  RACE B
--------------------------------------------------------------------
OCCURANCE
  PLACE: AVE J, E55             TIME: 03:28            ACCIDENT N
  CHECK POINT N                 PATROL STOP Y      NUMBER KILLED
  ARR OFF OBS Y                 CIVILIAN OBS N     NUMBER INJURED
--------------------------------------------------------------------
ARREST
  TIME OF ARREST 03:38   TOP CHARGE                   ADD CHARGES
  ARREST OFFICER: FADUGBA,               SHIELD 641    COMMAND 063
                                         TAX NUMBER ████████

  FIELD TEST Y
--------------------------------------------------------------------
TEST
  BREATH TEST Y    BLOOD TEST N      URINE TEST N     ADD TEST N
  SIMULATOR SER# DR2958             STD SOL CONTL# 08300
  TECH NAME : HELD,                      SHIELD 2103    COMMAND 412
                                         TAX NUMBER 931723
```

| TEST | %BrAC | TIME |
|------|-------|------|
| AIR BLANK | .000 | 04:48EST |
| CAL. CHECK | .092 | 04:49EST |
| AIR BLANK | .000 | 04:49EST |
| SUBJECT TEST | .150 | 04:50EST |
| AIR BLANK | .000 | 04:50EST |

```
  REFUSAL N         INVALID SAMPLE N   INSUFFICIENT SAMPLE N
  BREATH INTERFERENT N                 CAL. CHECK INTERFERENT N
--------------------------------------------------------------------
VEHICLE
  CAR SEIZED  Y                  CAR PLATE DNX2136
--------------------------------------------------------------------
```

*cert*



# CHEMICAL TEST ANALYSIS

PD 244-063 (Rev. 10-00)-Pent

| Name of Person Examined | (Last Name) *Smith* | (First Name and Initial) *Radcliff* | Time and Date of Arrest | *01/13/2005* | |
|---|---|---|---|---|---|
| Address *911 East 85 Street.* | | | Precinct of Arrest *063* | | Arrest Number |
| *Brooklyn   New York 11236* | | | Time and Date Test Made or Blood Taken *0449* | *, 01/13/09* | |
| | | | Type of Sample *Breath* | Test No. *09BK100* | |
| Location Sample Obtained *79* | | | Procedure Used in Test or Analysis *Intoxilyzer 9000* | | |

Results of Test Indicate _____ *.150* _____ % Blood Alcohol

Results of Analysis Indicate _____ drug present.

I, THE UNDERSIGNED, HEREBY, CERTIFY THAT THE FOREGOING REPORT IS A TRUE, ACCURATE AND COMPLETE RECORD, MADE AS PART OF AND IN THE REGULAR COURSE OF THE NEW YORK CITY POLICE DEPARTMENT'S BUSINESS ACTIVITY, AT, OR NEAR, THE DATE AND TIME THE TEST WAS MADE OR BLOOD WAS TAKEN, AND THAT THE ABOVE TEST WAS PERFORMED BY ME. FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

| P.O. | *Held* Print Name | *Held* Signature of Chemical Technician |
|---|---|---|
| Rank *2103* | | |
| Shield No. | Tax Registry No. | Command *412* | Squad *02* |

Arresting officer will refer to technician's Squad No. when scheduling court appearances.

# INTOXICATED DRIVER EXAMINATION (ARRESTING OFFICER)

PD 244-151 Rev 00(09)MU

SHEET 1

DATE OF REPORT: 01/12/09

| Name of Prisoner (Last Name) | (First Name) | (M.I.) | Place of Occurrence: EAST 58 ST @ AVENUE J. |
|---|---|---|---|
| SMITH | RADCLIFF | | |

| Sex | Race | Age | Approx. Wt. | Time & Date of Occurrence: | Pct. of Occurrence: |
|---|---|---|---|---|---|
| MALE | BLACK | 42 | 210 | 0338  01/12/09 | 063 |

| Occupation: UNK | How Many Years a Licensed driver? | I.D.T.U. Case Number 098K100 | RMP Video Tape # |
|---|---|---|---|

| Owner of Vehicle: (Last Name) | (First Name) | (M.I.) | Vehicle Registration | Year of Vehicle | State Reg. |
|---|---|---|---|---|---|
| SMITH | RADCLIFF | | DNX 2136 | 2005 | NY |

| Address | Vehicle Make | Year Manufactured |
|---|---|---|
| 911 EAST 85 STREET BKLYN NY 11236 | CADILLAC | |

| Was there any evidence of Drugs or Alcoholic Beverages inside Vehicle? ☐ Yes ☐ No | If Yes, Describe: | Invoice # |
|---|---|---|

| Did Arresting Officer See Defendant Operate Vehicle? ☑ Yes ☐ No | Did Civilian Witness See Defendant Operate Vehicle? ☐ Yes ☑ No |
|---|---|

| If Yes, Witnesses | Last Name | First Name | Address |
|---|---|---|---|
| | Last Name | First Name | Address |

Other Evidence of Operation of Vehicle (Explain) i.e. : Keys in ignition, engine running, defendant behind wheel, etc?

DEFT WAS BEHIND THE WHEEL WITH KEY IN IGNITION AND ENGINE RUNNING GOING DOWN ON AVENUE J.

## ARRESTING OFFICER'S OBSERVATIONS AT THE TIME OF ARREST (check word describing conditions observed)

| BREATH | ODOR OF ALCOHOLIC BEVERAGES: ☐ NONE ☐ FAINT ☐ MODERATE ☐ STRONG |
|---|---|
| COLOR OF FACE | ☐ NORMAL ☐ FLUSHED ☑ PALE ☐ OTHER (Describe): |
| CLOTHES | ☐ ORDERLY ☑ MUSSED ☐ SOILED ☐ DISARRANGED ☐ DISORDERLY |
| ATTITUDE | ☐ POLITE ☐ EXCITED ☑ ANTAGONISTIC ☐ COCKY ☐ CAREFREE ☐ STUPOROUS ☐ COOPERATIVE ☐ INDIFFERENT ☐ HILARIOUS ☐ TALKATIVE ☑ COMBATIVE |
| ACTIONS | ☑ PROFANITY ☐ HICCUPPING ☐ BELCHING ☐ VOMITING ☐ FIGHTING |
| EYES | ☐ APPARENTLY NORMAL ☐ WATERY ☑ BLOODSHOT |
| BALANCE | ☐ STEADY ☐ SWAYING ☑ SAGGING ☑ FALLING |
| SPEECH | ☐ CLEAR ☑ SLURRED ☐ INCOHERENT |

What first led arresting officer to suspect alcohol or drug influence? DEFT RAN TWO RED LIGHTS AND ALSO WENT THE WRONG WAY DOWN A ONE-WAY STREET.

Unusual actions or statements:

"I am coming from footprints lounge".

Signs of illness or injury:

**DISTRIBUTION:**   WHITE – COURT          YELLOW – ARRESTING OFFICER          BLUE – HIGHWAY DISTRICT

| I.D.T.U Case Number | | Pct. of Occurrence: |
|---|---|---|
| 09BK100 | | 078 |

**Arresting Officer: Rank, Name (Last, First, M.I.)** PO FADUGBA    Shield # 641    Tax Reg # ~~████~~    Command 063    Test Location 078

**Prisoner's Name (Last, First, M.I.)** SMITH RADCLIFF    Date of Birth 03/09/66    Sex MALE

**Prisoner's Address** 911 EAST 85 STREET BKLYN NY 11236    Time of Arrest 0338

**INTERROGATION WARNINGS GIVEN?** ☒ YES ☐ NO   DATE 01/13/09   TIME 0408   BY WHOM A/O

PRINT NAME: _____    SIGNATURE _____

EXAMINATION:   DATE: _____   TIME: _____

| | | |
|---|---|---|
| WERE YOU DRIVING THIS MOTOR VEHICLE OR MOTORCYCLE?   ☐ YES ☐ NO | WHERE WERE YOU GOING? | |
| WHERE DID YOU START FROM? | WHEN DID YOU START? | |
| WHERE ARE YOU NOW? | WHAT TIME IS IT NOW? | |

| HAVE YOU BEEN DRINKING OR USING INTOXICANTS? ☐YES ☐NO | IF YES, WHAT KIND? | QUANTITY? | TIME YOU STARTED? | TIME YOU STOPPED? |
|---|---|---|---|---|

| WHERE DID YOU DRINK INTOXICANTS? | HAVE YOU BEEN DRINKING INTOXICANTS SINCE THE OFFICER FIRST SAW YOU? ☐YES ☐NO | IF YES, EXPLAIN... |
|---|---|---|

| HAVE YOU BEEN USING DRUGS? ☐YES ☐NO | IF YES, WHAT KIND? | QUANTITY? | TIME YOU STARTED? | TIME YOU STOPPED? |
|---|---|---|---|---|
| HAVE YOU BEEN USING MEDICATION? ☐YES ☐NO | IF YES, WHAT KIND? | QUANTITY? | TIME YOU STARTED? | TIME YOU STOPPED? |

| WHEN DID YOU LAST TAKE ANY MEDICATIONS OR DRUGS? | WHEN DID YOU LAST EAT? | WHAT DID YOU EAT? |
|---|---|---|
| HOW MUCH SLEEP DID YOU HAVE LAST NIGHT? | HOW MUCH SLEEP DID YOU HAVE TODAY? | |

| ARE YOU ILL? ☐YES ☐NO | ARE YOU INJURED? ☐YES ☐NO | IF YES, EXPLAIN... |
|---|---|---|

| HAVE YOU BEEN TO A DOCTOR, DENTIST, DRUGGIST, HOSPITAL OR CLINIC RECENTLY? ☐ YES ☐ NO | IF YES, EXPLAIN... |
|---|---|
| WHAT WAS THE MEDICAL CONDITION? | ADDRESS OF DOCTOR, DENTIST, HOSPITAL, DRUGGIST OR CLINIC. |

**IF THE SUBJECT ANSWERS "YES" TO THE FOLLOWING TWO (2) QUESTIONS OR IS UNABLE TO ANSWER THE QUESTIONS AND A ZERO READING IS OBTAINED FROM THE CHEMICAL BREATH TEST, THE DESK OFFICER SHALL SUMMON AN AMBULANCE.**

| DO YOU REQUIRE MEDICAL TREATMENT NOW? ☐ YES ☒ NO | DO YOU DESIRE AN AMBULANCE TO BE SUMMONED? ☐ YES ☒ NO |
|---|---|

**CONCLUSION OF ARRESTING OFFICER**    SIGNATURE _____

WAS PRISONER UNDER THE INFLUENCE OF: ALCOHOLIC BEVERAGES/DRUGS?   ☒ YES ☐ NO

| Rank PO | Name (Last, First, M.I.) Print Fadugba | Shield # 641 | Tax Registry # ~~████~~ | Command 63 Pct |
|---|---|---|---|---|

**DISTRIBUTION:**   WHITE –COURT     YELLOW – ARRESTING OFFICER     BLUE – HIGHWAY DISTRICT

**TECHNICIAN TEST REP.**
PD 321-149 (01-01)-RMU-Pent

| | I.D.T.U. Case Number | Command |
|---|---|---|
| | 09BK100 | 063 |

Arresting Officer: Rank, Name (Last, First, M.I.) Print
PO FADUGBA

Shield No.: 641    Tax Registry No.: ▓▓▓▓    Test Location: 078

Subject Name: (Last, First, M.I.) Print
SMITH RADCLIFF

Date of Birth: 03/09/66    Sex: MALE

Subject's Address
311 EAST 85 STREET   BROOKLYN NY 11236.

Time of Arrest: 0338

COORDINATION TEST: Do not have the subject perform any test unless they are willing. When tests are performed, indicate observations by checking captions below.

**1. SPEECH** — INSTRUCT SUBJECT TO RECITE THEIR NAME, ADDRESS AND AGE
☐ CLEAR    ☒ SLURRED    ☐ INCOHERENT    ☐ OTHER (Describe)    ☐ REFUSED

**2. BALANCE** — INSTRUCT SUBJECT TO STAND ERECT WITH HEELS TOGETHER, HEAD BACK AND EYES CLOSED
☐ STEADY    ☐ SWAYING    ☐ SAGGING    ☐ FALLING    ☐ REFUSED

**3. WALKING** — INSTRUCT SUBJECT TO WALK HEEL TO TOE FOR NINE STEPS. THEN TURN AND WALK BACK TO STARTING POINT
☐ STEADY    ☐ UNSTEADY    ☐ FALLING    ☒ OTHER (Describe)    ☐ REFUSED

**AND**

**4. TURNING** — ☐ STEADY    ☐ UNSTEADY    ☒ FALLING    ☐ OTHER (Describe)    ☐ REFUSED

**5. ONE LEG STAND** — INSTRUCT SUBJECT TO RAISE RIGHT FOOT
☐ STEADY    ☐ UNSTEADY    ☒ FALLING    ☐ OTHER (Describe)    ☐ REFUSED

**6. FINGER TO NOSE TEST** — INSTRUCT SUBJECT TO STAND ERECT WITH ARMS AT SIDE. THEN HAVE THE SUBJECT MOVE ONE HAND AT A TIME TO TOUCH THE TIP OF THE NOSE WITH THE TIP OF THE INDEX FINGER
(RIGHT HAND) ☐ ACCURATE    ☒ INACCURATE
(LEFT HAND) ☐ ACCURATE    ☒ INACCURATE    ☐ REFUSED

**7. SUBJECT'S HANDWRITING SPECIMEN** — INSTRUCT SUBJECT TO SIGN THEIR NAME OR ADDRESS    ☐ REFUSED

Comments/Observations:
Deft had trouble standing w/out falling off the line for the begin of the walk + turn test. Deft had an extremly strong odor of an alcoholic beverage on breath + Blood shot watery eyes. Deft had slurred speach.

Deft Bac .150%

CONCLUSION OF I.D.T.U. TECHNICIAN
WAS SUBJECT UNDER THE INFLUENCE OF INTOXICATING BEVERAGES/DRUGS?    ☒ YES    ☐ NO

IDTU TECHNICIAN SIGNATURE

Chemical Technician: Rank, Name (Last, First, M.I.) Print
PO Hall 2103

Shield No.    Tax Registry No.:    Command

Photographer: Rank, Name (Last, First, M.I.) Print

Shield No.    Registry No.:    Command

**DISTRIBUTION:    WHITE – COURT    YELLOW – ARRESTING OFFICER    BLUE – HIGHWAY DISTRICT**

COMPLAINT REPORT (WORKSHEET) (PILOT)
PD 313-152A (Rev. 06-08)

☐ Comp. Report
☐ Juvenile Report

**Cmd./Pct. Taking Report** 063

**Jurisdiction Of Complaint:** ☑ NYPD (Unless One Of The Following):

☐ NYPD Transit Bureau
☐ NYPD Housing Bureau
☐ Port Authority Police
☐ Triborough Bridge And Tunnel Police
☐ N.Y. State Park Police

☐ Amtrak Police
☐ Conrail Police
☐ Staten Island Rapid Transit Police
☐ N.Y. State Police
☐ Long Island Railroad M.T.A.

☐ U.S. Park Police
☐ Health & Hospitals Corp. Police
☐ Metro North M.T.A.
☐ Other

**Location Of Occurrence**
☐ Inside
☐ In Front Of
☐ Rear Of
☐ Opposite Of

**Address**

**County** KINGS

**Zip Code** 11234

**Apts/Rooms#**

**Cross Streets** &

**OR Intersection Of** AVENUE J & EAST 55 ST

**Corner** ☐ N/E ☐ N/W ☐ S/E ☐ S/W

**Military Time And Date Of This Report:** Time 0555 Date 1/13/09

**Occurrence On Or From** Time 0330 Date 1/13/09 Day Of Week TUES

**Occurrence Through** Time 0330 Date 1/13/09 Day Of Week TUES

**Pct. Of Occ.** 063 **Complaint #** 254 **O.C.C.B. #** **Aided #** **Accident #**

**Case Status** ☐ Open ☑ Closed **If Closed, Reason** ARREST **Unit Referred To** PATROL **Log/Case #** **File #**

**Report Classification (If Offense, List Most Serious First):** DWI

☑ Attempted
☑ Completed

**Was The Victim's Personal Information Taken Or Possessed?**
☐ Yes ☑ No

**Was The Victim's Personal Information Used To Commit A Crime?**
☐ Yes ☑ No

**Comp. Recd.** ☐ Radio ☐ Walk-in ☐ Phone ☑ Written ☑ Pick-Up

**Visible By Patrol** ☐ Yes ☑ No

**Pct. Sector Of Occ.**

**Beat Of Occ.**

**Post Of Occ.**

**Prints Requested** ☐ Yes ☑ No

**Possibly Gang Related** ☐ Yes ☑ No **If Yes, Gang Intel. Log #** **Name Of Gang**

**If Arson:** ☐ Building ☐ Motor Vehicle ☐ Other Property

☐ Occupied ☐ Unoccupied

**Damage Caused By** ☐ Explosion ☐ Fire ☐ Unk

**Domestic Incident Report Required** ☐ Yes ☑ No

**Child Abuse Suspected** ☐ Yes ☑ No

**Premises Type (Must Choose One)**

**Residential:**
☐ Residence – Private House
☐ Residence – Apt. Building
☐ Residence – Public Housing

**House Of Worship:**
☐ Church
☐ Synagogue
☐ Mosque
☐ Other

**School:**
☐ Public (NYC Dept Of Ed)
☐ Private/Parochial
☐ College/University
☐ Other

**Public Transportation:**
☐ Airport Terminal
☐ Bus (NYC Transit)
☐ Bus (Other)
☐ Bus Stop

☐ Bus Terminal
☐ Ferry/Ferry Terminal
☐ Taxi (Yellow Licensed)
☐ Taxi (Livery Licensed)

☐ Taxi/Livery (Unlicensed)
☐ Tramway
☐ Transit – NYC Subway
☐ Transit Facility (Other)

**Commercial:**
☐ ATM
☐ Bank
☐ Bar/Night Club
☐ Beauty & Nail Salon
☐ Book/Card Store

☐ Candy Store
☐ Chain Store
☐ Check Cashing Business
☐ Clothing/Boutique
☐ Commercial Building
☐ Department Store

☐ Doctor/Dentist
☐ Drug Store
☐ Dry Cleaner/Laundry
☐ Factory/Warehouse
☐ Fast Food
☐ Gas Station

☐ Grocery/Bodega
☐ Gym/Fitness Facility
☐ Hospital
☐ Hotel/Motel
☐ Jewelry Store
☐ Liquor Store

☐ Loan Company
☐ Photo/Copy Store
☐ Restaurant/Diner
☐ Shoe Store
☐ Small Merchant
☐ Social Club/Policy Location

☐ Storage Facility
☐ Store Unclassified
☐ Supermarket
☐ Telecomm. Store
☐ Variety Store
☐ Video Store

**Indicate Name Of Business**

**Other:**
☐ Abandoned Building
☐ Bridge

☐ Cemetery
☐ Construction Site
☐ Highway/Parkway

☐ Marina/Pier
☐ Open Lot/Area
☐ Park/Playground

☐ Parking Lot/Garage
☐ Private
☐ Public

☐ Public Building
☑ Street
☐ Tunnel

☐ Other

**Indicate Name If Known:**

**Exact Location Within Premises Type, If Known (Choose One).**
☐ Apartment
☐ Basement
☐ Commercial Establishment
☐ Community Center
☐ Driveway
☐ Elevator

☐ Elevator Equipment Room
☐ Freight Elevator
☐ Garage
☐ Hallway
☐ Laundry Room
☐ Lobby/Door/Vestibule

☐ Maintenance/Storage Area
☐ Management Offices/Other Offices
☐ Parking Lot
☐ Play/Park Area
☐ Public Sidewalk

☐ Rest Room
☐ Roof
☐ Roof Top Landing
☐ Stairway
☐ Terrace
☐ Walkways

☐ Motor Vehicle
☐ Car
☐ Motorcycle
☐ Truck
☐ Other

**If Burglary, Forcible Entry?** ☐ Yes ☐ No
☐ Att. Forcible Entry ☐ Unknown
(If Yes, Explain In Details)

**If Burglary, Describe:**
☐ Garage

☐ Vehicle
☐ Bldg. Commercial
☐ Building Other

☐ Truck
☐ Trailer
☐ Watercraft

**Location of Entry:** ☐ Front ☐ Rear
☐ Side ☐ Roof
☐ Unknown ☐ Other

**Point of Entry:** ☐ Window
☐ Security Gate ☐ Door ☐ Wall ☐ Floor
☐ Skylight ☐ Vent/Duct ☐ Other

**Alarm Bypassed** ☐ Yes ☐ No ☐ N/A

**Alarm Responded** ☐ Yes ☐ No ☐ N/A

**Alarm Company Name And Telephone #**

**Crime Prev. Survey Requested** ☐ Yes ☐ No

**Supervisor On Scene** ☑ Yes ☐ No

**Rank** Sgt **Name (Print)** Antohe **Cmd.** 063

**Was Interpreter Used:** ☐ Yes ☐ No If Yes, Indicate Name, Address And Phone #

**Name**

**Address**

**Phone #**

**Canvass Conducted** ☐ Yes ☐ No (Indicate Interviews And Results)

**DETAILS:** @ TPO, a/o observed the deft driving a 2005 Cadillac bearing NY lic plate # DNR2136 headed E/B on Avenue J @ East 55 st. Deft had run two consecutive red lights @ east 53 st and East 54 streets on Avenue J. Upon being stopped, a/o did observe deft with slurred speech, bloodshot eyes and perceived a strong smell of alcohol from deft's breath. At scene deft did blow a .151 and at the 78 pct to he also blew a .150.

**N.Y.C. DEPT. OF ED. SCHOOLS**

| N.Y.C. Dept. Of Ed. School | ☐ On School Property | Travelling | | School Sponsored Event | School Safety Division Operations |
|---|---|---|---|---|---|
| Incident: ☐ Yes ☐ No | ☐ During School Hours | ☐ To School ☐ From School | ☐ Yes ☐ No | | Control # |

Victim Status: ☐ General Ed. Student ☐ Special Ed. Student ☐ Resource Room/Related Services ☐ Teacher ☐ School Safety Agent
☐ Other Staff _____ ☐ Other (Specify)

Type of School: ☐ Elementary ☐ I.S.    School Number: _____    School Name:
☐ JHS ☐ HS ☐ SR. ED.

Exact Location On School Property: ☐ Hall ____ ☐ Floor ____ ☐ Classroom # ____ ☐ Cafeteria ☐ Staircase ____
☐ Gym/Locker Room ☐ Bathroom # ____ ☐ Playground/Field ☐ On School Grounds ☐ Auditorium ☐ Other ____

Suspect Status: ☐General Ed. Student ☐Special Ed. Student ☐Resource Room/Related Services ☐Teacher ☐Other Staff (Title) ____
☐Student Intruder ☐Intruder ☐Visitor ☐Family Member ☐Unknown ☐Other ____

**TRANSIT SYSTEM**

| N.Y.C.Transit Incident: | Station Of Occurrence | | | Line (# Or Letter) | Transit Post # | Transit District | Transit CN |
|---|---|---|---|---|---|---|---|
| ☐ Yes ☐ No | | | | | | | |

Victim's Time And Station Of Entry Into Transit System, If Known: Metro Card: Type: ☐Student ☐Standard    Metro Card:
☐Lost ☐Senior Citizen ☐Handicapped
☐Stolen ☐Transit Employee ☐Police    Serial # ____

☐ N/B Train ☐ S/B Train (Location On Train: ☐ Front ☐ Middle ☐ Rear    Train Car # ____ )
☐ N/B Platform ☐ S/B Platform ☐ Booth # ____ ☐Turnstile Area ☐ Mezzanine ☐ Stairs/Ramp/Escalator
☐ Elevator ☐ Tunnel/Track Area ☐ Passage Way ☐ Toilet Facility ☐ Street Stairway/St. Escalator ☐ Other ____

**N.Y.C.H.A.**

| N.Y.C. Housing Authority Incident: | Name Of Development | | | PSA # | Housing Report # |
|---|---|---|---|---|---|
| ☐ Yes ☐ No | | | | | |

Total # Of Victims ____ Victim # ____ Of ____ Victims    Is Victim: ☐ Male ☐ Female (Disabled ☐ Yes ☐ No)    Is Victim N.Y.C.H.A. Resident ☐ Yes ☐ No
☐ Business/Organization ☐ PSNY

**VICTIM**

| If Business/Organization, List Name | Address | | City | State | Zip | Room # |
|---|---|---|---|---|---|---|

| If Person, Last Name | First | M.I. | Is Interpreter Needed For Further Investigation: ☐ Yes ☐ No | If Yes, Indicate Language |
|---|---|---|---|---|

| Nickname/Alias/Maiden Name | Sex ☐ Male ☐ Female | Date Of Birth | Age | Race: ☐ White ☐ Am. Ind./Alaskan Native ☐ Hisp. White | ☐ Black ☐ Asian/Pacific Is. ☐ Hisp. Black |
|---|---|---|---|---|---|

| Permanent Residence Address (☐NYC ☐NYS ☐Other ☐Homeless) | City | State/Country | Zip | Apt.# / Room # |
|---|---|---|---|---|

| Temporary Residence Address | City | State | Zip | Apt. # | For How Long? |
|---|---|---|---|---|---|

| Business Address | City | State | Zip | Apt.# / Room # |
|---|---|---|---|---|

Home Phone # ( ) ____ - ____    Business # ( ) ____ - ____
Beeper # ( ) ____ - ____    Cell Phone # ( ) ____ - ____
E-Mail Address ____

| Gang Affiliation: ☐ Yes ☐ No | If Yes, Indicate Name Of Gang | Gang Identifiers (Colors, Beads, Tattoos, Etc.) |
|---|---|---|

| Victim Was: ☐ Shot ☐ Cut/Slashed/Stabbed | Actions Of Victim Prior To Incident (Be Specific) |
|---|---|

| Victim Of Similar Incident (EXCEPT SEX OFFENSE) ☐ Yes ☐ No | If Yes, When And Where |
|---|---|

Will View Photo ☐ Yes ☐ No    Will Prosecute ☐ Yes ☐ No    Victim/Relative Notified Of Crime Victim Comp. Law ☐ Yes ☐ No

**REPORTER / WITNESS**

☐ Reporter ☐ Witness

Reporter /Witness # ____ of ____

| Last Name. | First. | M.I. | Is Interpreter Needed For Further Investigation: ☐ Yes ☐ No | If Yes, Indicate Language |
|---|---|---|---|---|

| Nickname/Alias/Maiden Name | Sex ☐ Male ☐ Female | Date Of Birth | Age | Race: ☐ White ☐ Am. Ind./Alaskan Native ☐ Hisp. White | ☐ Black ☐ Asian/Pacific Is. ☐ Hisp. Black |
|---|---|---|---|---|---|

| Permanent Residence Address (☐NYC ☐NYS ☐Other ☐Homeless) | City | State/Country | Zip | Apt.#/Room# |
|---|---|---|---|---|

| Temporary Residence Address | City | State | Zip | Apt. # | For How Long? |
|---|---|---|---|---|---|

| Business Address | City | State | Zip | Apt. # / Room # |
|---|---|---|---|---|

Home Phone # ( ) ____ - ____    Business # ( ) ____ - ____
Beeper # ( ) ____ - ____    Cell Phone # ( ) ____ - ____
E-Mail Address ____

| Gang Affiliation: ☐ Yes ☐ No | If Yes, Indicate Name Of Gang | Gang Identifiers (Colors, Beads, Tattoos, Etc.) | Position/Relationship To Victim |
|---|---|---|---|

**FILL THIS PAGE OUT FOR WANTED JUVENILES / WANTED ADULTS ONLY.**
**FOR APPREHENDED JUVENILES FILL OUT JUVENILE REPORT SYSTEM WORKSHEET PD 377-159A.**

| Total # Of Perps./ Suspects | Number Wanted | Number Arrested | Order Of Protection In Effect □ Yes □ No | Issuing Court | | Docket # | Exp. Date Of Order Of Protection |
|---|---|---|---|---|---|---|---|

## SUSPECT

| Wanted Suspect # | Last Name. | | First. | | | M.I. |
|---|---|---|---|---|---|---|
| Of | | | | | | |

| Nickname/Alias/Maiden Name | Sex | | Date Of Birth | Age | Height | | Weight | Race: □ White □ Black |
|---|---|---|---|---|---|---|---|---|
| | □ Male | | | | | | | □ Am. Ind./Alaskan Native □ Asian/Pacific Is. |
| | □ Female | | | | Ft. | In. | | □ Hisp. White □ Hisp. Black |

| Eye Color: _____ | Hair Color: _____ | Hair Length: _____ | U.S. Citizen □ Yes □ No | State/Country Of Birth |
|---|---|---|---|---|

| Address | □ NYC □ NYS □ Other □ Homeless | Apt# / Room# | City. | State/Country | Zip | Resident Pct. |
|---|---|---|---|---|---|---|

Business
Name and Address _____  Business # ( ) _____ - _____
Home Phone # ( ) _____  Beeper # ( ) _____ - _____
E-Mail Address _____  Cell Phone # ( ) _____ - _____

| Is Interpreter Needed For Further Investigation: □ Yes □ No | If Yes, Indicate Language | Accent □ Yes □ No | Victim and Suspect Living Together: □ Yes □ No □ Formerly Lived Together | | Can Identify Suspect: □ Yes □ No |
|---|---|---|---|---|---|

Victim States Suspect is:
□ Mother □ Uncle □ Son □ Grandchild □ Fiance/Fiancee □ Employer □ Unk / None
□ Husband □ C/L Wife □ Guardian □ Aunt □ Daughter □ In-Law □ Boyfriend □ Co-Worker
□ C/L Husband □ Divorced □ Grandfather □ Brother □ Nephew □ Same Sex Partner □ Girlfriend □ Friend/Acquaintance
□ Wife □ Father □ Grandmother □ Sister □ Niece □ Other Relative □ Employee □ Stranger

| N.Y.C.H.A. Resident □ Yes □ No | If Yes, Name Of Development | N.Y.C.H.A. Employee □ Yes □ No | If Yes: □ On Duty □ Off Duty □ Unknown | N.Y.C.Transit Employee □ Yes □ No | If Yes □ On Duty □ Off Duty □ Unknown |
|---|---|---|---|---|---|

| Physical Force: □ Used □ Threatened □ None | Weapon: □ Used/Displayed □ Possessed □ Simulated □ None | Gun: □ Handgun □ Altered Gun □ Zip Gun □ Toy Gun □ Shot Gun □ Machine Gun | Gun Discharged □ Yes □ No |
|---|---|---|---|
| | | □ Rifle □ Other Gun (Specify) | |
| | | Make _____ Color _____ Caliber _____ Type _____ | □ Other Weapon (Describe) |
| | Cutting Instrument □ Boxcutter □ Knife □ Other | □ Blunt Instrument □ Poison/Chemical Agent □ Bomb/Incendiary Device | |

| Gang Affiliation: □ Yes □ No | If Yes, Indicate Name Of Gang | Gang Identifiers (Colors, Beads, Tattoos, Etc.) |
|---|---|---|

| Used Subway System □ Yes □ No | If Yes, Station Entered And Time | Metro Card: □ Used □ Possessed Only Serial # | Type: □ Student □ Standard □ Senior Citizen □ Handicapped □ Transit Employee □ Police |
|---|---|---|---|

| Statement Made By Suspect During Commission Of Offense | Method Of Flight |
|---|---|

## CRIME INCIDENT DATA (MUST BE COMPLETED FOR CRIMES) INCLUDE ANY ADDITIONAL DATA IN THE DETAILS SECTION)

**M.O. (Check All That Apply)**
□ Asked Questions/Offered Assistance.
□ Bag Opener
□ Bicycle Used
□ Car Jack
□ Con Game
□ Deception Used
□ Entry Through Window/ Fire Escape

□ Followed Victim Along Street
□ Followed Victim To/From ATM/Bank
□ Hijack
□ Jewelry/Neck Chain Snatch
□ Jumped From Vehicle.
□ Motorcycle Used
□ Note Was Passed
□ Opened Safe
□ Payroll

□ Perp Made Statement
□ Perp Offered Sex
□ Pick Pocket
□ Property Snatched From Hand
□ Push-In
□ Purse/Wallet Snatch
□ Took Victim To Isolated Area

□ Other _____

**Transit M.O.**
□ Escaped Between Train Cars
□ Escaped By Track/Tunnel
□ Followed Victim From Street To Subway
□ Held Train Doors
□ Victim Sleeping
□ Reached From Moving Train
□ Removed Victim From Subway System

□ Unk.

**Action Toward Victim: (Check All That Apply)**
□ Fired Shot At
□ Injury Using Physical Force
□ Made Victim Strip
□ Pepper/Chemical Spray
□ Stabbed/Slashed/Cut
□ Struck With Object
□ Tied/Handcuffed
□ Tortured
□ Used/Threat With Flame
□ Unk/None
□ Other _____

**Head Gear:**
□ Baseball Cap
□ Beret/Military Cap
□ Cowboy Hat
□ Mask
□ Ski Cap/Watch Cap
□ Skull Cap
□ Stocking Cap
□ Straw Hat/Fedora
□ Turban
□ Unk/None
□ Other _____
Color _____

**Foot Wear:**
□ Barefoot
□ Boots
□ Dress Shoes
□ High Heels
□ Loafers/Moccasins
□ Roller Blades
□ Sandals
□ Sneakers
□ Workboots
□ Unk
□ Other _____
Color _____

**Outer Wear:**
□ Gang,Team, School Jacket
□ Leather, Suede, Fur Trim
□ Military Clothing
□ Overcoat/Top Coat
□ Snorkel/Ski Hooded Jacket
□ Sport/Dress Jacket
□ Sweater/Vest
□ Sweat Shirt/Jogging Jacket
□ T-Shirt/Tank Top
□ Waist Length Jacket
□ Unk/None
□ Other _____
Color _____

**Special Characteristics: (Check All That Apply)**
□ Arm (Amputee)
□ Ears
□ Eyes
□ Hand/Arm
□ Leg (Amputee)
□ Lips
□ Nose
□ Sideburns
□ Tracks
□ Speech Impairment/ Stutter
□ Skin Condition

□ Beard
□ Eyebrows
□ Goatee
□ Left Handed
□ Limp
□ Mustache
□ Odor
□ Teeth
□ Very Muscular
□ Eye Glasses
□ Sun Glasses
□ Unk/None
□ Other _____

**Hairstyle:**
□ Afro
□ Bald
□ Bald (Partial)
□ Braids
□ Caesar
□ Close Cut
□ Corn Rows
□ Crew
□ Curly/Wavy

□ Dreadlocks
□ Kinky
□ Pony Tail
□ Processed
□ Shaved
□ Straight
□ Wig
□ Unk
□ Other _____

**Skin Tone:**
□ Light
□ Medium
□ Dark
□ Unk

**Complexion:**
□ Blotchy
□ Clear
□ Flushed/Ruddy
□ Pimpled
□ Pocked
□ Tan
□ Yellow

□ Brown
□ Freckled
□ Olive

□ Wrinkled
□ Unk
□ Other

**Other Clothing/Accessories:**
□ Bag/Briefcase
□ Dirty/Torn/Messy
□ Gloves
□ Jeans
□ Jewelry
□ Radio Used
□ Scarf/Bandana/Sweatband
□ Shorts
Color _____

□ Skirt/Dress
□ Slacks
□ Sweat/Jogging Clothes
□ Tools/Keys
□ Uniform
□ Well Dressed
□ Work Clothes
□ Unk/None
□ Other _____

**Distinguished Body Marks:**

| #1 | #2 | |
|---|---|---|
| □ | □ | Birthmark |
| □ | □ | Body Piercing |
| □ | □ | Scar |
| □ | □ | Tattoo (Can't Describe) |
| □ | □ | Tattoo Picture |
| □ | □ | Tattoo Word |
| □ | □ | Tattoo Word & Picture |
| □ | □ | Unk/None |
| □ | □ | Other _____ |

**Body Mark Location**

| #1 | #2 | |
|---|---|---|
| □ | □ | Arm |
| □ | □ | Face/Head |
| □ | □ | Hand |
| □ | □ | Leg |
| □ | □ | Neck |
| □ | □ | Torso |

**Describe Tattoo**
Words: #1 _____
#2 _____
Picture #1 _____
#2 _____

**Impersonation Of:**
□ Customer/Client
□ Employee
□ Female
□ Law Enforcement Officer
□ Male
□ Security Officer
□ Public Servant
□ Utility Worker
□ Unk/None
□ Other _____

| Vehicle Was: ☐Stolen | Plate(s) | # of Plates | License Plate # | State | Expiration | Type | VIN # |
| ☐Attempted Stolen | ☐ Lost | | DNX2136 | NY | 02/06/10 | SUBN | 1GYEK63N65R134048 |
| ☐Unauthorized Use | ☐ Stolen | | | | | | |
| ☐Used in a Crime | | | | | | | |
| ☐Yes   ☐No | | | | | | | |
| ☐Other | | | | | | | |

| Year | Make | Model | Style | Color | Ins. Code | Policy # | Invoice # |
| 05 | Cadillac | Escalade | SUBN | Red | | | |

| Vehicle Recovered Prior to Alarm Transmittal | Alarm Transmitted | Alarm # | Precinct | Transmitted By (Rank, Name) | | Time | Date |
| ☐ Yes   ☐ No | ☐ Yes   ☐ No | | | | | | |

**Vehicle Stolen/Attempted Stolen From:** ☐ Parking Lot   ☐ Public Garage   ☐ Non-Public Garage   ☐ Street   ☐ Driveway ☐ Other

| Vehicle: | Veh. Held For Forfeiture |
| ☐ Damaged Non-Motor Vehicle Accident   ☐ Vehicle Parts/Accessories Removed | |
| ☐ Damaged Vehicle Accident   ☐ Property Removed From Vehicle | ☐ Yes   ☐ No |

| Was Property ☐Found ☐Lost ☐Stolen | Was Property ☐ Business ☐ Personal ☐ Both ☐ Unknown | Owner Identification No. | | | |
| --- | --- | --- | --- | --- | --- |
| Item # | Quantity | Description Of Item - Brand, Model, Serial # | Value Lost | Value Stolen | Value Recovered |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Evidence Collected ☐ Yes ☐ No    Evidence Collection Team/Crime Scene Requested ☐ Yes ☐ No

Evidence_____    Invoice #_____

Evidence_____    Invoice #_____

Evidence_____    Invoice #_____

Evidence_____    Invoice #_____

**NOTIFICATIONS TO:**    ADDITIONAL COPIES FOR (Specify):

| Rank/Title | NAME | Unit/Agency | Log# |
| --- | --- | --- | --- |
| | | | |

| Rank/Title | Reporting/Investigating M.O.S. Name (Print) | Signature | Tax Registry # | Command | Rep. Agency. |
| PO | MONGBA | | 303 | MPD |
| Rank/Title | Supervisor Approving Name (Print) | Signature | Tax Registry # | Command | Rep. Agency. |
| Sgt | Stewart Terry | | 063 | OD |
| Rank/Title | Complaint Report Entered In System By (Print) | Signature | Tax Registry # | Command | Rep. Agency. |

ON LINE BOOKING SYSTEM ARREST WORKSHEET
PD 244-159 (Rev. 5-01)-Pent-RMU

| Arrest No. | Arrest Pct. | Sector | DAT | Return Date | Officer Excused | Special Event Code |
|---|---|---|---|---|---|---|
| k09603960R | 063 | C | ☐ Yes ☑ No | | ☐ Yes ☐ No | |

**COMPLETE THIS SECTION ONLY FOR AN ARREST WHEN A COMPLAINT REPORT WAS PREVIOUSLY PREPARED**

| Original Complaint Pct. | Compl. # | Date | Offense | Complainant's Name (Last Name, First, M.I.) |
|---|---|---|---|---|
| | | | | |

**REQUIRED ONLY FOR AN OCCB ARREST AND AN ARREST NOT REQUIRING A COMPLAINT REPORT**

LOCATION OF OFFENSE

| Time | Date | Address/Location Of Offense: ☐ Inside ☐ In Front Of ☐ Rear Of ☐ Opposite Of | | | | Apt/Room # |
|---|---|---|---|---|---|---|

| Cross Streets | & | | OR | Intersection Of & | Corner ☐ N/E ☐ N/W ☐ S/E ☐ S/W |
|---|---|---|---|---|---|

Jurisdiction (check one) ☐ NYPD ☐ NYPD Transit Bureau ☐ NYPD Housing Bureau ☐ Other _____

Premises Type: ☐ Residential _____ ☐ House of Worship _____ School: ☐ Public ☐ Other

☐ Public Transportation _____ ☐ Commercial _____ ☐ Other _____

On NYC Bd. of Ed. ☐ Yes  Type of School ☐ Elem. ☐ IS ☐ JHS ☐ HS ☐ Sp. Ed.  School No. ____ School Name ____
School Property ☐ No

NYC Transit Station ____ Line # ____ Location In Transit System ____ NYCHA Development Name ____

**THE FOLLOWING INFORMATION MUST BE COMPLETED FOR ALL ARRESTS**

ARRESTING OFFICER

| Department NYPD | Command 063 | | Tax Registry No. ▓▓▓▓ | Identification No. (If Not NYPD) | Shield No. 691 |
|---|---|---|---|---|---|

| Rank PO | Last Name PAROL, RA | | First STEVEN | | M.I. |
|---|---|---|---|---|---|

On Duty ☑ Yes ☐ No  In Uniform ☑ Yes ☐ No  Squad #2  Chart 5  Primary Assignment: ☐ Beat Officer ☐ Other Uniform ☑ Anti-Crime ☐ Investigatory ☐ Other

Force Used ☐ Yes ☑ No  Type: ☐ Handgun ☐ Chemical Agent ☐ Rifle/Shotgun  Reason For Force: ☐ Overcome Assault ☐ Arresting Officer Injured ☐ Physical Force ☐ Baton ☐ Other  ☐ Prevent Escape ☐ Restrain ☐ Other ☐ Yes ☐ No

ARREST INFORMATION

Assigned ☐ Yes ☐ No  Department ____ Command ____ Tax Registry No. ____ Ident. No. (If Not NYPD) ____ Last Name, First, M.I. ____

| Time 0338 | Date 1 13 09 | Address/Location Of Arrest: ☐ Inside ☐ In Front Of ☐ Rear Of ☐ Opposite Of | | | | Apt/Room # |
|---|---|---|---|---|---|---|

| Cross Streets | & | | OR | Intersection Of AVENUE J & EAST 55 | Corner ☐ N/E ☐ N/W ☐ S/E ☐ S/W |
|---|---|---|---|---|---|

Arrest Numbers Of Associates  1. ____ 2. ____ 3. ____

Is This Arrest Related ☐ Yes  If Yes, Serial # ____
To Stop And Frisk Report ☑ No

| Invoice # | Command | Type: ☐ Drugs ☐ Veh. ☐ Curr. ☐ Gun ☐ Jwlry ☐ Boat ☐ Other |
|---|---|---|

| Invoice # | Command | Type: ☐ Drugs ☐ Veh. ☐ Curr. ☐ Gun ☐ Jwlry ☐ Boat ☐ Other |
|---|---|---|

DEFENDANT INFORMATION

| Last Name SMITH | First RADCLIFF | M.I. | Date Of Birth 3/9/66 | Age 42 |
|---|---|---|---|---|

Occupation: UNK  License/Permit Type (Excluding Drivers Lic.) ☐ Handgun ☐ Tow Truck Driver ☐ Taxi Medallion ☐ Water Front Lic. ☐ Rifle ☐ Tow Truck Owner ☐ Taxi Livery ☐ Other  License/Permit # ____

Telephone Calls:
1.( ) ____ Name ____ 2.( ) ____ Name ____
3.( ) ____ Name ____

Physical Condition:
☑ Apparently Normal ☐ Injury-To Hospital ☐ Intox.-Drugs ☐ Sick-To Hospital ☐ Unknown
☐ Deceased ☐ Injury-RMA ☐ Intox.-Unknown ☐ Sick-RMA
☐ EDP-To Hospital ☐ Injury-Treated & Released ☐ Pregnant-Normal ☐ Sick-Treated & Released
☐ EDP-Released From Hospital ☐ Intox.-Alcohol ☐ Pregnant-Requires Medical Aid ☐ Unconscious

Type of Drug Used:
☐ Opium & Derivative ☐ Other Cocaine ☐ Synthetic Opiates ☐ Hallucinogens ☐ Glue-Toxic Vapors ☐ Unknown
☐ Crack ☐ Marijuana/Hashish ☐ Depressant/Stimulant ☐ Hypo-Syringe-Needle ☐ Other ☑ None

JUVENILE

Juv. Offender ☐ Yes ☐ No  Number of Priors ____ School Attending ____ Mother's Maiden Name ____

Relative ☐ Parent ☐ Guardian  Name (Print) ____ Tele.# ( ) ____  Time Notified ____  Personal ☐ Yes
Notified: ☐ Other Relative  Recog. ☐ No

CHARGES

| | ATTEMPT? | LAW | SECTION | SUB. | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Top Chg. | ☐ Yes ☑ No | VTL | 1192 | | A | M | 1 | DWI |
| 2nd Chg. | ☐ Yes ☑ No | VTL | 511 | 1 | | M | 1 | Aggravated Unlicensed Oper |
| 3rd Chg. | ☐ Yes ☐ No | | | | | | | |
| 4th Chg. | ☐ Yes ☐ No | | | | | | | |
| 5th Chg. | ☐ Yes ☐ No | | | | | | | |

If Drug Possession/Sale is Top Charge: ☐ Crack ☐ Other Cocaine ☐ Opium Deriv. ☐ Synthetic ☐ Other Drug

NARRATIVE

@ Hpl, deft was observed behind the wheel of a 2005 Cadillac bearing license plate NY bk 2EX headed E/B on Avenue J when he failed to stop @ two consecutive red lights and turned down E 55 headed S/B on one-way street. At stop, Ao observed deft's slurred speech, bloodshot eyes and perceived a strong smell of alcohol.

| Rank/Title Arresting Off. / Assigned Off. Name (Print) PO Parolilagar | Signature | Tax Registry No. 063 | Command 053 | Agency NYPD |
|---|---|---|---|---|
| Rank/Title Supervisor Approving Name (Print) SGT Stewart Perry | Signature | Tax Registry No. | Command 063 | Agency 00 |

| COMPLAINT INFORMATION | Date | Offense | Victim's Name | Location Of |
|---|---|---|---|---|
| 1. 063   Compl. # | 1/3/59 | DWI | Peny | Home 1st East 85 st |

| Order Of Protection In Effect | ☐Yes ☐No | Issuing Court | | Docket # | | Exp. Date Of Order Of Protection |
|---|---|---|---|---|---|---|

| Precinct Of Arrest 063 | Arrest # | | Last Name Smith | First Radcliff | M.I. |
|---|---|---|---|---|---|

| Nickname/Alias/Maiden Name | Sex ☒Male ☐Female | Date Of Birth 3/9/66 | Age 42 | Height 5 Ft. 7 In. | Weight 210 | Race: ☐White ☒Black ☐Am. Ind./Alaskan Native ☐Asian/Pacific Is. ☐Hisp. White ☐Hisp. Black |
|---|---|---|---|---|---|---|

| Eye Color: Brn | Hair Color: Black | Hair Length: short | U.S. Citizen ☐Yes ☒No | State/Country Of Birth |
|---|---|---|---|---|

| Address (☐NYC ☐NYS ☐Other ☐Homeless) 911 East 85 st | Apt# / Room# | City Bklyn | State/Country NY | Zip 11236 | Resident Pct. 069 |
|---|---|---|---|---|---|

Business Address _____   Business # (   ) _____

Home Phone # (   ) _____   Beeper # (   ) _____

E-Mail Address _____   Cell Phone # (   ) _____

| Is Interpreter Needed For Further Investigation: ☐Yes ☒No | If Yes, Indicate Language | Accent ☐Yes ☒No | Victim and Perp. Living Together: ☐Yes ☒No   ☐Formerly Lived Together | Can Identify Perp: ☒Yes ☐No |
|---|---|---|---|---|

| Victim States Perp. is: | | | | | Can Identify Perp |
|---|---|---|---|---|---|
| ☐Husband ☐C/L Wife | ☐Mother ☐Guardian | ☐Uncle ☐Aunt | ☐Son ☐Daughter | ☐Grandchild ☐In-Law | ☐Fiance/Fiancee ☐Boyfriend | ☐Employer ☐Co-Worker ☐Unknown |
| ☐C/L Husband ☐Divorced | ☐Grandfather | ☐Brother | ☐Nephew | ☐Same Sex Partner | ☐Girlfriend | ☐Friend/Acquaintance |
| ☐Wife ☐Father | ☐Grandmother | ☐Sister | ☐Niece | ☐Other Relative | ☐Employee | ☐Stranger |

| Social Security# | N.Y.C.H.A. Resident ☐Yes ☒No | If Yes, Name Of Development | N.Y.C.H.A. Employee ☐Yes ☐No | If Yes ☐On Duty ☐Off Duty ☐Unknown | N.Y.C.Transit Employee ☐Yes ☐No | If Yes ☐On Duty ☐Off Duty ☐Unknown |
|---|---|---|---|---|---|---|

| Physical Force: ☐Used ☐Threatened ☐None | Weapon: ☐Used/Displayed ☐Possessed ☐Simulated ☐None | Gun: ☐Handgun ☐Alleged Gun ☐Zip Gun ☐Toy Gun ☐Shot Gun ☐Machine Gun ☐Rifle ☐Other Gun (Specify) | | | Gun Discharged ☐Yes ☒No |
|---|---|---|---|---|---|
| | | Make | Color | Calibre | Type | ☐Other Weapon (Describe) |
| | Cutting Instrument ☐Boxcutter ☐Knife ☐Other | ☐Blunt Instrument | ☐Poison/Chemical Agents | ☐Bomb/Incendiary Device | |

| Gang Affiliation: ☐Yes ☒No | If Yes, Indicate Name Of Gang | Gang Identifiers (Colors, Beads, Tattoos, Etc.) |
|---|---|---|

| Used Subway System ☐Yes ☒No | If Yes, Station Entered And Time | Metro Card: ☐Used ☐Possessed Only | Type: ☐Student ☐Senior Citizen ☐Transit Employee | ☐Standard ☐Handicapped ☐Police |
|---|---|---|---|---|
| | | Serial # | | |

| Statement Made By Perpetrator During Commission Of Offense | Method Of Flight |
|---|---|

| M.O. (Check All That Apply) | | Transit M.O. |
|---|---|---|
| ☐Asked Questions/Offered Assistance | ☐Followed Victim Along Street | ☐Perp Made Statement | ☐Escaped Between Train Cars |
| ☐Bag Opener | ☐Followed Victim To/From ATM/Bank | ☐Perp Offered Sex | ☐Escaped By Track/Tunnel |
| ☐Bicycle Used | ☐Hijack | ☐Pick Pocket | ☐Followed Victim From Street To Subway |
| ☐Car Jack | ☐Jewelry/Neck Chain Snatch | ☐Property Snatched From Hand | ☐Held Train Doors |
| ☐Con Game | ☐Jumped From Vehicle | ☐Push-In | ☐Lush Worker |
| ☐Deception Used | ☐Motorcycle Used | ☐Purse/Wallet Snatch | ☐Reached From Moving Train |
| ☐Entry Through Window/ Fire Escape | ☐Note Was Passed ☐Opened Safe | ☐Took Victim To Isolated Area | ☐Removed Victim From Subway System |
| | ☐Payroll | ☐Other | ☐Unk. |

| Action Toward Victim: (Check All That Apply) | Head Gear: | Foot Wear: | Outer Wear: | Special Characteristics: (Check All That Apply) |
|---|---|---|---|---|
| ☐Fired Shot At | ☐Baseball Cap | ☐Barefoot | ☐Gang,Team, School Jacket | ☐Arm (Amputee) | ☐Eyebrows |
| ☐Injury Using Physical Force | ☐Beret/Military Cap | ☐Boots | ☐Leather, Suede, Fur Trim | ☐Ears | ☐Goatee |
| ☐Made Victim Strip | ☐Cowboy Hat | ☐Dress Shoes | ☐Military Clothing | ☐Eyes | ☐Left Handed |
| ☐Pepper/Chemical Spray | ☐Mask | ☐High Heels | ☐Overcoat/Top Coat | ☐Hand/Arm | ☐Limp |
| ☐Stabbed/Slashed/Cut | ☐Ski Cap/Watch Cap | ☐Loafers/Moccasins | ☐Snorkel/Ski Hooded Jacket | ☐Leg (Amputee) | ☐Mustache |
| ☐Struck With Object | ☐Skull Cap | ☐Roller Blades | ☐Sport/Dress Jacket | ☐Lips | ☐Odor |
| ☐Tied/Handcuffed | ☐Stocking Cap | ☐Sandals | ☐Sweater/Vest | ☐Nose | ☐Teeth |
| ☐Tortured | ☐Straw Hat/Fedora | ☐Sneakers | ☐Sweat Shirt/Jogging Jacket | ☐Sideburns | ☐Very Muscular |
| ☐Used/Threat With Flame | ☐Turban | ☐Workboots | ☒T-Shirt/Tank Top | ☐Tracks | ☐Eye Glasses |
| ☐Unk/None | ☐Unk/None | ☐Unk | ☐Waist Length Jacket | ☐Speech Impairment/ Stutter | ☐Sun Glasses |
| ☐Other | ☐Other | ☐Other | ☐Unk/None | ☐Skin Condition | ☐Unk/None |
| | Color _____ | Color Tan | ☐Other Color Gray/multi | | ☐Other |

| Hairstyle: | | Skin Tone: | Complexion: | | Other Clothing/Accessories: | |
|---|---|---|---|---|---|---|
| ☐Afro | ☐Dreadlocks | ☐Light | ☐Blotchy | ☐Brown | ☐Bag/Briefcase | ☐Skirt/Dress |
| ☐Bald | ☐Kinky | ☐Medium | ☐Clear | ☐Freckled | ☐Dirty/Torn/Messy | ☐Slacks |
| ☐Bald (Partial) | ☐Pony-Tail | ☐Dark | ☐Flushed/Ruddy | ☐Olive | ☐Gloves | ☐Sweat/Jogging Clothes |
| ☐Braids | ☐Processed | ☐Unk | ☐Pimpled | ☐Pocked | ☐Jeans | ☐Tools/Keys |
| ☐Caesar | ☐Shaved | | ☐Tan | ☐Wrinkled | ☐Jewelry | ☐Uniform |
| ☐Close Cut | ☒Straight | | ☐Yellow | ☐Unk | ☐Radio Used | ☐Well Dressed |
| ☐Corn Rows | ☐Wig | | | ☐Other | ☐Scarf/Bandana/Sweatband | ☐Work Clothes |
| ☐Crew | ☐Unk | | | | ☐Shorts | ☐Unk/None |
| ☐Curly/Wavy | ☐Other | | | | Color Blue | ☐Other |

| Distinguished Body Marks: | Body Mark Location | Describe Tattoo | Impersonation Of: |
|---|---|---|---|
| #1 #2 | #1 #2 | Words: #1 _____ | ☐Customer/Client |
| ☐ ☐ Birthmark | ☐ ☐ Arm | | ☐Employee |
| ☐ ☐ Body Piercing | ☐ ☐ Face/Head | #2 _____ | ☐Female |
| ☐ ☐ Scar | ☐ ☐ Hand | | ☐Law Enforcement Officer |
| ☐ ☐ Tattoo (Can't Describe) | ☐ ☐ Leg | | ☐Male |
| ☐ ☐ Tattoo Picture | ☐ ☐ Neck | Picture #1 _____ | ☐Security Officer |
| ☐ ☐ Tattoo Word | ☐ ☐ Torso | | ☐Public Servant |
| ☐ ☐ Tattoo Word & Picture | | #2 _____ | ☐Utility Worker |
| ☒ ☐ Unk/None | | | ☒Unk/None |
| ☐ ☐ Other | | | ☐Other |

Vertical left margin text: CRIME INCIDENT DATA (MUST BE COMPLETED FOR ALL ARREST VOUCHERS) INCLUDE ANY ADDITIONAL DATA IN THE NARRATIVE SECTION(S)

PERPETRATOR

# P.O. FILL IN SHADED SECTION

**VSA SUPERFORM**

ECAB SUPERVISOR :
COMP RM ADA/PARA :

| DEFENDANT #1 | DOCKET # | | | TRANS CODE | Adj Date | | Part | TRACK | O.L DATE: |
| Smith Radcliff | | | | | Bail req | Bail set | | | 180 AO DATE |

ARREST
K096 03860

| | MTSID # | | | JAL7 Y N | Final Charge | | SS code | | DA UNIT/SPECIAL FLAG: |
| | | | | | Sentence code | | Part | | DA BUREAU: |
| | | | | | I&S date | Bail set | | | DAY DATE |

| DEFENDANT #2 | DOCKET # | | | TRANS CODE | Adj Date | | Part | TRACK | CR DATE    INT: |
| | | | | | Bail req | Bail set | | | COMPLAINT CHARGES: |

| ARREST # | MTSID # | | | JAL7 Y N | Final Charge | | SS code | | |
| | | | | | Sentence code | | Part | | |
| | | | | | I&S date | Bail set | | | |

| DEFENDANT #3 | DOCKET # | | | TRANS CODE | Adj Date | | Part | TRACK | ARRT. ADA: |
| | | | | | Bail req | Bail set | | | JUDGE: |
| | | | | | | | | | O.P. EXP DATE |

| ARREST # | MTSID # | | | JAL7 Y N | Final Charge | | SS code | | ARRT. DATE |
| | | | | | Sentence code | | Part | | APAR:    INT: |
| | | | | | I&S date | Bail req | | | |

| PO INFORMATION ENTER NAMES IN RANK, LAST NAME, FIRST NAME | SHIELD | TAX ID # | COM | SCO | TEAM CHART | PO AT | WIT CR TYPE | IF NON-CJ RECOM FOR 1ST C.C. LATE | VSA COMMENTS: |
| P.o. Franklin | 661 | | 69 | 42 | 5 | Y N | | ( ) EXCUSE ( ) BRING IN | P.V.P.  Y  N |

ARRESTING(X) ASSIGNED( ) OTHER( )     Y N     ( ) EXCUSE ( ) BRING IN     WAS 911 CALLED ?
                                                                           YES ( )  NO ( )

PARTNER     Y N     ( ) EXCUSE ( ) BRING IN

ARK 1ST PO ON SCENE     Y N     ( ) EXCUSE ( ) BRING IN

PROPERTY INFORMATION     428.10  SERVED Y N     RELEASE DATE     RELEASE TIME

| | VOUCHER #1 H / R | OWNER CODE | PROPERTY CODE | VOUCHER #2 H / R | OWNER CODE | PROPERTY CODE | VOUCHER #3 H / R | OWNER CODE | PROPERTY CODE | VOUCHER #4 H / R | OWNER CODE | PROPERTY CODE |
| CIRCLE HOLD-RELEASE H/R | B20551G | | | | | | | | | | | |
| VOUCHER # | | | | | | | | | | | | |
| DESCRIPTION | Vehicle | | | | | | | | | | | |
| OWNER'S NAME | Smith Radcliff | | | | | | | | | | | |

10-10 VEHICLE/OUT        PR 5
E 55 ST - J AVE

63C 10-89 0523   63ST1 10-98 0433   63G 10-98 0346
*0317 ---NFU--*0328 --XMITTED NON EMERG NON EMERG--*0338 --1
UNDER--*0339 --63G--TRANP VEH BACK TO 63 PCT--*0339 --PLZ HAVE
I.D.T.U RESP TO 78 PCT--AUTH OF 63C D1735*0340 HWY DISTRICT PO
BENT NTFD---CW TRAFF CW 1574*0523 ---1 ML IN AUTO TO SH--AUTH OF
63C--D1020

13JAN09 0543 LIVE

63MFCEV2048072
NYMV RALL NYPA 0552
NPLDNX2136 16
HEDR/S13346 89042 392071-66
LIC/DNX2136. LIY/2010. LIT/PC.
VIN/1GYEK63N65R134048. VYR/2005. VMA/CADI. VMO/ESC. VST/LL. VCO/WHI
2005 CADILLAC ESCALADE, WHITE SUBURBAN, 4368 POUNDS

** REGISTERED TO **
SMITH,RADCLIFF
DOB/1966-03-09.    SEX/MALE.
416 SECION ST   ALBANY, NY   12201

LICENSE PLATE: DNX2136   DMV REGISTRATION CLASS: PAS (016)
     INSURANCE: PROGRESSIVE PREFERRED INS (217)
REGISTRATION EXPIRATION DATE: 2010-02-06
STATUS: VALID

CMD: _____       MSG:

Case 1:12-cv-00137-ILG-VVP   Document 1-2   Filed 01/11/12   Page 27 of 31 PageID #: 47

63MFCEV8043072
NYMV DLIC NYPA 0551
LIC784365448
TODAYS DATE: 2009-01-13 05:51:45          CLIENT ID:          784365448
SMITH,RADCLIFF,                    DOB: 1966-03-09          SEX: MALE
911 E 85 ST                    HEIGHT: 5 FEET 09          EYES: BROWN
BROOKLYN   NY 11236          COUNTY: KINGS
                              MOTORIST ID #: S13346 89042 392071-66000
LICENSE CLASS: *D-RESTRICTED*
    EXPIRATION: 2009-03-09
        STATUS: VALID
TYPE: PERMIT   DATE: 2005-02-23   RESTRICTED LICENSE ISSUED

SUSP/REV SUMMARY: TOTAL 1 (SCOFFS 0 ON 0 DATES)
******************* SUSPENSION/REVOCATIONS *******************
1)   SUSPENSION: 2006-03-15   ORDER #: A0602280000
          REASON: FAILED TO PAY CHILD SUPPORT


CMD: _____      MSG:



Document
PRINT DATE: TIME: 16:59:75   OPERATOR:    Total Fee Paid
                                          XDA

SMITH, RA               DOB:
911 E 85                HEIGHT:
BROOKLYN  N             COUNTY: K
                        MI #: S13

LICENSE CLASS: *D-RESTRICTED
PROBATION START: 03/23/2005   EN
SUSP/REV SUMMARY: TOTAL      SCOFFS          0       )

**************************          ACTI                      ************************
CLASS CHANGE: 03/25/200      NEW: *D*      OLD: PERMI
RESTRICTED LICENSE ISSUE    05/25/2006

*****                 SUSPENSIONS                              *************
REVO                OPER W                        A00060
COMPLIE

                  REAPPLI
              SUSPENSI                    : A05092
COMPLIED
     CLEA

SUSPENSION             SUP FEE    AY CHCK SUPP    ORDER #:
COMPLIE
SUSPENSION  03/  /2005          DRIV ASSESS   ORDER
   CLEAR ON   6/23/2005  REQUIREMENT   MET
   REVOCATION: 09/      INS            ORDER
COMPLIED ON: 09/
   CLEAR ON
REVOCATION: 09/      M     - INF    ORDER
COMPLIED ON
   CLEAR ON

This is to certify that this document is a true and complete copy of an elec                  the New York State Department of
Motor Vehicles, Albany, New York. The record was made in regular course o                      epartment of Motor Vehicles daily
business. It is the business of the New York State Department of Motor Vehic                    maintain the records of drivers in the
state of New York. Entries in this document are made at the time the recorded tra              ports took place or within a reasonable
time thereafter. The person who reports the information is under a business duty to            ately.

Continued Page  2

ABSTRACT OF DRIVING RECORD

Page # 2



Document:
PRINTED ON ... TIME: 16:59:75   OPERATOR: ...   Total Fee Paid
                                                 ... XDA

SMITH, RA...                    DOB:
911 E 85...                     HEIGHT:
BROOKLYN   N...                 COUNTY: KIN...
                                ML #: S1...

SUSPENSION: ...
   LOCATION: KINGS COUN...
   CLEAR ON: 10/28/2008 SCOFF...

SUSPENSION: 12/31/2007 FTO ANSWER SUMM... ORDER...
   LOCATION: KINGS COUNTY, BROOKLYN SOUTH ADMINISTR...
   CLEAR ON: 01/18/2008 SCOFFLAW ANSWERED

SUSPENSION: 10/11/2005 FAILURE TO PAY FINE  ORDER #: K385...
   LOCATION: KINGS COUNTY, BROOKLYN NO... ADJ.
   CLEAR ON: 01/18/2008 SCOFFLAW PAID

SUSPENSION: ... FAILURE TO PAY FINE  ORDER #: K385122
   LOCATION: KINGS COUN..., BROOKLYN NO... ADJ.
   CL... SCOFFLAW ...

SUSPENSION: ... FAILURE TO ... K44088...
   ...COUNTY, ...
   ... SCOFF...

SUSPENSION: ... FAILURE ... K5934...
   LOCATION: QUEENS COUNTY, QUEENS...
   ... COUNTY, NEW YORK
   ...05 JUDGMENT SATISF EXCELSIOR

****...       CONVICTIONS/BAIL FORFEITURES        ****...
CONVICTION: DISOBEYED ...
   VIOLATION: ...2005  CONVICT... ...11
   LOCATION: NEW YORK COUN... ... ADJ.
   PENALTY: FINE- ...

* ... OF RECORD *

This is to certify that this document is a true and complete copy of an electronic ... the New York State Department of
Motor Vehicles, Albany, New York. This record was made in regular course ... ... ...partment of Motor Vehicles daily
business. It is the business of the New York State Department of Motor Vehicle... ...maintain the records of drivers in the
state of New York. Entries in this document are made at the time the recorded tr... ...nts took place or within a reasonable
time thereafter. The person who reports the information is under a business duty to ... ...tely.

# PLAINTIFF'S
# EXHIBIT B

04-001-85100
RE: SMITH                RADCLIFF

851003910453 00048900

|..lll..ll..l.l.l..ll..l..ll..ll..l.lll|

FDNY/EMS
GENERAL POST OFFICE
P.O. BOX 27137
NEW YORK NY 10087-7137

**Total Amount Due :** $489.00

☐ Charge $_____ To My : ☐ VISA   ☐ MASTERCARD   **Expiration Date :** ____/____

**Card Number :** ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**CVN # :** ☐☐☐   (last 3 digits on the signature panel)

**Full Name of Card Holder :** _____

**Signature of Card Holder :** _____

☐ **Check or Money Order Enclosed (U.S. Funds Only) :**

**Amount of Payment : $**_____

**Make Check Payable To :**

        FDNY EMS

**Include This File Number On Your Check :**
            72940533

### PLEASE DO NOT SEND CASH IN THE MAIL.

If making payment: detach and return top portion. If providing other information: fold along dotted line and return entire page.

------------------------------------------------------------------------

**To Assist You In Clearing Up This Account, Please Answer The Following ( Please Print )**

### INSURANCE INFORMATION   72940533

**PATIENT INFORMATION: MUST BE COMPLETED FOR CLAIMS PROCESSING**

| Patient Last Name: | Patient First Name: | Middle Initial: |
|---|---|---|
| Social Security #: | Date of Birth: | Sex: M☐  F☐ |
| Mailing Address  (include Apt # if applicable): | City / State | Zip Code: |

**RESPONSIBLE PARTY INFORMATION: MUST BE COMPLETED IF PATIENT IS COVERED THROUGH**
**RESPONSIBLE PARTY (ie Parent / Guardian). Skip section if not applicable.**

| Responsible Party Last Name: | First Name: | Middle Initial: |
|---|---|---|
| Social Security #: | Date of Birth: | Sex: M☐  F☐ |
| Mailing Address (include Apt # if applicable): | City / State | Zip Code: |

**PRIMARY INSURANCE INFORMATION: MUST BE COMPLETED FOR CLAIMS PROCESSING**

| Insurance Company Name: | Policy #: | Group #: |
|---|---|---|
| Insurance Co. Mailing Address: | Insurance Co. City / State | Zip Code: |

**ADDITIONAL INSURANCE INFORMATION:**

| Insurance Company Name: | Policy #: | Group #: |
|---|---|---|
| Insurance Co. Mailing Address: | Insurance Co. City / State | Zip Code: |

Do you have Medicare Disability coverage and were you covered by a group health plan during the last 18 months?
If yes, group health #:_____   plan name:
Do you have Medicare End Stage Renal Disease and were you covered by a group health plan during the last 30 months?
If yes, group health #:_____   plan name:

### ASSIGNMENT AND RELEASE AUTHORIZATION

**THE RELEASE BELOW MUST BE SIGNED BY THE PATIENT OR OTHER RESPONSIBLE PARTY ON THE PATIENT'S BEHALF, IN ORDER FOR THE CLAIM TO BE PROCESSED. FAILURE TO SIGN MAY PREVENT CLAIM SUBMISSION TO YOUR CARRIER. THE PATIENT OR RESPONSIBLE PARTY WILL BE LIABLE FOR CHARGES IF CLAIM CANNOT BE PROCESSED IN A TIMELY MANNER.**

I hereby assign any and all benefits to which I may be entitled to the above indicated provider and authorize said benefits to be paid directly to said provider for these related services or to its agent or representative who will be acting on their behalf. I understand further that I am financially responsible to said provider for all charges not covered by this assignment. I further authorize the release of any and all medical information requested by my insurance company to process this claim.

Patient's Name : _____

Patient's Signature : _____          Date : ____/____/____
                    (Parent or Guardian, If Patient Is a Minor)

Insured's Signature : _____          Date : ____/____/____
                    (If Other Than Parent or Guardian)