# PLAINTIFF'S EXHIBIT C

NYCLU FOIL DOCUMENT



# NYPD INTERNAL AFFAIRS BUREAU 2006 Annual Report

The Honorable Michael R. Bloomberg
Mayor, City of New York

The Honorable Raymond W. Kelly
Police Commissioner



# TABLE OF CONTENTS

| | |
|---|---|
| PAGE 1 | Contents |
| PAGES 2-3 | Letter from the Police Commissioner |
| PAGES 4-5 | Letter from the Chief of Internal Affairs |
| PAGE 6 | Mission Statement |
| PAGE 7 | Internal Affairs Bureau Functions |
| PAGES 8-9 | Internal Affairs Bureau Organizational Chart |
| PAGES 10-11 | Geographical Coverage |
| PAGES 12-13 | Corruption Cases |
| PAGES 14-15 | Corruption Categories |
| PAGE 16 | Corruption Complaints—Personnel Strength Ratios |
| PAGES 17-47 | Boroughs, Bureaus, & Divisions |
| PAGES 48-51 | Stolen Property |
| PAGES 52-55 | Arrest Effected |
| PAGES 56-59 | Crime |
| PAGES 60-65 | Narcotics |
| PAGES 66-69 | Bribery Arrests |
| PAGES 70-73 | Arrests for False Reports |
| PAGES 74-77 | Arrests, Suspensions, & Modified Assignments |
| PAGES 78-85 | Proactive Measures |
| PAGES 86-91 | Police Impersonations |
| PAGES 92-95 | Training |



I am pleased to present the 2006 New York City Police Department Internal Affairs Bureau Annual Report, which documents the essential work of IAB; to safeguard the integrity of the Police Department and its members.

Preserving the public's trust is critical to our mission. The work of IAB translates directly into higher levels of public confidence in the Police Department and improved performance by the agency. This is manifested in measurable ways, including the fact that overall crime in New York City fell another 5% in 2006, the fifth straight year of crime reduction following September 11th and the added demands of counterterrorism.

I congratulate the members of the Internal Affairs Bureau on your steadfast

work to maintain the public trust in the Police Department at a time when we need it most; when the security challenges facing New York City have never been greater and the support of the community has never been more vital. From investigating allegations of corruption and misconduct by Department employees to pursuing cases of police impersonation, the Bureau has consistently demonstrated skill and innovation in its investigations. Your work is not highly visible to the public, but its results are plainly evident in the unprecedented levels of confidence in the integrity of the Department and the significant achievements of recent years. For this and for your constant dedication to duty, you are to be commended.

Raymond W. Kelly
Police Commissioner



Dear Members of the Department:

In 2006 the NYPD once again excelled in leading the nation in developing crime control strategies. Even with the specter of terrorism looming, the members of the NYPD added accomplishment on top of accomplishment to improve on an already impressive record. Throughout this year, you have effectively served and protected the people of New York City with the customary professionalism and dedication that have become synonymous with being New York's Finest.

Five and a half years after that fateful day of September 11, the NYPD is at an unsurpassed level of preparedness and is ready to respond to and manage any crisis situation. By utilizing the same expertise, training, and technology, you have achieved success in preserving the peace, reducing fear in the City, and providing a safe environment. Crime declined another 5% in 2006 – a noteworthy achievement, especially as policing New York City becomes more and more complex. I commend you for your

commitment and hard work, and underscore the role that each and every one of you play in establishing the NYPD's nationwide reputation for excellence.

The Internal Affairs Bureau is unwavering in its mission of ensuring the highest standards of integrity in the Department. Our commitment to the people of New York City and their confidence in their police is paramount as we aggressively address and work to prevent corruption. The efforts and dedication of the men and women of the Internal Affairs Bureau support not only the crime reduction accomplishments of the NYPD, but serve to reinforce the reputation and status of the world's finest police department.

This 2006 Annual Report highlights a few of our accomplishments and provides a summary of the corruption and integrity related statistics.

Sincerely,

*Charles V. Campisi*

Charles V. Campisi

# Internal Affairs Bureau Mission Statement



Provide for effective corruption control by analyzing allegations and trends, and conducting comprehensive investigations designed to ensure the highest standards of integrity.

# Internal Affairs Bureau Functions

- Serve as the recipient of allegations of misconduct involving members of the service. (Uniformed and civilian / on or off duty).

- Conduct investigations of criminal activity and allegations of serious misconduct by members of the service.

- Refer allegations of lesser misconduct or violations to other units within the Department for investigation.

- Assist Precinct/Unit commanders in developing anti-corruption programs through an interchange of information and cooperation.

- Conduct investigations concerning the Criminal Impersonation of Law Enforcement Officers.

- Investigate fraudulent law enforcement solicitations.

- Perform confidential investigations as directed by the Police Commissioner.

- Establish and maintain liaison with other governmental agencies concerned within the criminal justice system.

- Maintain an analysis capability that will identify emerging patterns and conditions relating to corruption.

- Develop and maintain an automated case management system that assures timely assessment of cases and dissemination of information.



# GEOGRAPHICAL

The organizational structure of the Internal Affairs Bureau establishes investigative responsibility in one of two distinct, yet interactive ways. Geographical coverage assigns responsibility to eleven investigative groups for cases generated within defined geographical areas consisting of several Precincts, Police Service Areas, Transit Districts, and other commands. Geographical coverage ensures accountability and supports the policy of inclusion by including Precinct/Unit Commanders as integrity issues are addressed in their respective commands. Functional coverage designates investigative responsibility to specialized investigative groups for cases requiring an expertise or response that transcends geographical boundaries. Group 41 is responsible for cases generated by members assigned to the Organized Crime Control Bureau, including the Narcotics Division, the Vice Enforcement Division, and the Auto Crime Division. Group 51 investigates all serious crimes where the impersonation of a law enforcement official is either stated or implied. Group 53 focuses on the School Safety Division. Group 56 concentrates on the Traffic Control Division, which covers the Manhattan Traffic Task Force, the Parking Enforcement District, Highway Units, and the Summons Enforcement Units. Group 54 investigates excessive force allegations including police involved shootings. Group 1 (The Special Investigations Unit), having citywide jurisdiction and reporting directly to the Chief of Internal Affairs, usually handles investigations of high-ranking members as well as specialized Commands and Units. Group 25 (Office of the Chief of Internal Affairs) also has citywide responsibilities and is mostly responsible for very sensitive cases. The Group also serves as the liaison with the various federal law enforcement agencies and investigates most of the cases that are deemed best suited to be presented in the federal court system.

# COVERAGE



**Manhattan**
Group 10
Group 11
Group 12

**Brooklyn/
Staten Island**
Group 31
Group 32
Group 33
Group 34

**Bronx**
Group 21
Group 22

**Queens**
Group 26
Group 27

# CITYWIDE CORRUPTION CASES



Logs Received: 14789 (1994), 16394 (1995), 14933 (1996), 20881 (1997), 22256 (1998), 23420 (1999)

Corruption Cases: 2258 (1994), 1923 (1995), 1726 (1996), 1582 (1997), 1523 (1998), 1327 (1999)

# 13 YEAR PERIOD (1994 - 2006)



| Year | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| | 25084 | 26330 | 30275 | 34483 | 38837 | 39344 | 44994 |
| | 1203 | 1055 | 1151 | 1065 | 1021 | 1017 | 1057 |

Case 1:12-cv-00137-ILG-VVP   Document 1-3   Filed 01/11/12   Page 14 of 14 PageID #: 65



# CORRUPTION

Corruption and serious misconduct complaints are recorded and systematized by the Internal Initiatives Unit (IIU), a sub-unit of the Corruption Prevention Division. Once complaints are received and processed, IIU investigators utilize analysis methods designed to identify existing and/or emerging patterns and trends relating to corruption. The overall process organizes allegations of corruption and misconduct into 14 major statistical categories. Subcategories are created in each of the major categories and serve to advance a comprehensive analysis and recognition of patterns. IIU investigators confer with group commanders to keep them apprised of existing and/or emerging corruption patterns and to promote a coordination of efforts by the investigative groups. A general description of the major corruption categories and the comparison of citywide statistics for 2005 and 2006 are provided below. A two-year comparison of corruption cases by Borough and Bureau/Division is provided on pages 18 through 45.

**STOLEN PROPERTY**
Complaints of missing/stolen property

**NARCOTICS**
All allegations involving drug activity

**CRIME**
Allegations of criminal acts by Department members not specified in other categories

**ABUSE OF DEPARTMENT REGULATIONS**
Alleged violations of Patrol Guide procedures

**ARREST EFFECTED**
Claims by prisoners that they were victimized by arresting and/or assisting officer(s)

**PERJURY/FALSE STATEMENTS**
Alleged false testimony and/or false statements under oath or at official hearings

**VICE**
Allegations associated with prostitution and pornography

**DOMESTIC INCIDENTS**
Allegations involving domestic relationships

**MISCELLANEOUS**
General allegations not listed e.g., State Liquor Authority, Peddling, Private Tow/Body Shops

**TRAFFIC**
Complaints relating to violations of traffic laws

**ASSAULT**
Physical assault, not involving prisoners (Arrest Effected) or domestic (Domestic Incidents)

**GAMBLING**
Complaints related to gambling

**PENAL LAW VIOLATIONS**
Alleged violation-level offenses rather than misdemeanors or felonies

**GRATUITIES**
Request for, or acceptance of, free or discounted food, merchandise, or services

### Citywide Corruption "C" Cases 2005-2006

|  | 2005 | 2006 | +/- | % diff |
|---|---|---|---|---|
| Stolen Property | 329 | 357 | 28 | 8.5% |
| Arrest Effected | 162 | 184 | 22 | 13.6% |
| Crime | 183 | 173 | -10 | -5.5% |
| Narcotics | 177 | 157 | -20 | -11.3% |
| Abuse of Dept. Regs | 118 | 117 | -1 | -0.8% |
| Perjury | 9 | 16 | 7 | 77.8% |
| Domestic Incidents | 7 | 14 | 7 | 100.0% |
| Gambling | 2 | 10 | 8 | 400.0% |
| Traffic | 6 | 8 | 2 | 33.3% |
| Miscellaneous | 4 | 8 | 4 | 100.0% |
| Assault | 11 | 7 | -4 | -36.4% |
| Vice | 9 | 3 | -6 | -66.7% |
| Gratuities | 0 | 2 | 2 | n/a |
| Penal Law Violations | 0 | 1 | 1 | n/a |
|  | 1017 | 1057 | 40 | 3.9% |

*These statistics are year-end results. Further analysis oftentimes results in a more precise assessment and re-categorization with the outcome being a variation in categories, subcategories, and commands charged with overall totals remaining constant.*