# VPD CATEGORIES

## Top 3 Subcategories of the Top 3 Citywide Corruption "C" Cases

**Stolen Property**

- from Prisoner(s): 170 (2005), 178 (2006)
- from Person(s): 43 (2005), 42 (2006)
- from Premise(s): 32 (2005), 39 (2006)

**Arrest Effected**

- Injured in Custody: 98 (2005), 80 (2006)
- Assaulted: 46 (2005), 75 (2006)
- Flaking/False Arrest: 3 (2005), 20 (2006)

**Crime**

- Fraud: 27 (2005), 50 (2006)
- Sex Crime: 62 (2005), 40 (2006)
- Official Misconduct: 37 (2005), 28 (2006)



# 2006 CORRUPTION CASES

## 2006 Corruption "C" Cases By Patrol Borough

|  | Complaints | Personnel Strength | Complaint Ratio |
|---|---|---|---|
| PBBX | 135 | 3909 | 1:29 |
| PBBN | 86 | 3327 | 1:39 |
| PBBS | 83 | 3524 | 1:42 |
| PBQS | 67 | 2217 | 1:33 |
| PBMN | 66 | 2904 | 1:44 |
| PBMS | 55 | 2694 | 1:49 |
| PBQN | 49 | 2537 | 1:52 |
| PBSI | 21 | 1101 | 1:52 |

Patrol Borough Ratio 1: 40
Citywide Ratio 1: 50

## 2006 Corruption "C" Cases By Bureaus / Divisions / Districts / Other Units

|  | Complaints | Personnel Strength | Complaint Ratio |
|---|---|---|---|
| Organized Crime Control Bureau | 127 | 1972 | 1:15 |
| Other Units | 82 | 8322 | 1:101 |
| Detective Bureau | 68 | 3939 | 1:57 |
| Housing Bureau | 52 | 1971 | 1:37 |
| Transit Bureau | 52 | 2680 | 1:51 |
| Community Affairs Bureau | 44 | 4933 | 1:112 |
| Parking Enforcement District | 32 | 2633 | 1:82 |
| Criminal Justice Bureau | 14 | 730 | 1:52 |
| Personnel Bureau | 12 | 1561 | 1:130 |
| Special Operations Division | 7 | 829 | 1:118 |
| Traffic Control Division | 5 | 801 | 1:160 |

# Corruption "C" Cases 2005 vs 2006

| | PAGE NO. |
|---|---|
| PATROL BOROUGH MANHATTAN SOUTH | 18 - 19 |
| PATROL BOROUGH MANHATTAN NORTH | 20 - 21 |
| PATROL BOROUGH BROOKLYN SOUTH | 22 - 23 |
| PATROL BOROUGH BROOKLYN NORTH | 24 - 25 |
| PATROL BOROUGH QUEENS SOUTH | 26 - 27 |
| PATROL BOROUGH QUEENS NORTH | 28 - 29 |
| PATROL BOROUGH BRONX | 30 - 31 |
| PATROL BOROUGH STATEN ISLAND | 32 - 33 |
| ORGANIZED CRIME CONTROL BUREAU | 34 - 35 |
| DETECTIVE BUREAU | 36 - 37 |
| CHIEF OF TRANSPORTATION | 38 - 39 |
| TRANSIT BUREAU | 40 - 41 |
| HOUSING BUREAU | 42 - 43 |
| SCHOOL SAFETY DIVISION | 44 - 45 |
| PARKING ENFORCEMENT DISTRICT | 46 - 47 |

# PATROL BOROUGH

## Corruption "C" Cases 2005 vs 2006

|  | 2005 | 2006 | +/- | % difference |
|---|---|---|---|---|
| Stolen Property | 29 | 22 | -7 | -24.1% |
| Crime | 11 | 12 | 1 | 9.1% |
| Arrest Effected | 3 | 11 | 8 | 266.7% |
| Abuse of Department Regulations | 5 | 4 | -1 | -20.0% |
| Narcotics | 7 | 3 | -4 | -57.1% |
| Gambling | 0 | 1 | 1 | n/a |
| Perjury/False Statements | 0 | 1 | 1 | n/a |
| Assault | 0 | 1 | 1 | n/a |
| Domestic Incidents | 1 | 0 | -1 | -100.0% |
| Miscellaneous | 1 | 0 | -1 | -100.0% |
| Gratuities | 0 | 0 | 0 | n/a |
| Penal Law Violations | 0 | 0 | 0 | n/a |
| Traffic | 0 | 0 | 0 | n/a |
| Vice | 0 | 0 | 0 | n/a |
|  | **57** | **55** | **-2** | **-3.5%** |



# MANHATTAN SOUTH

**Stolen Property**
- from Prisoner(s): 13 / 20
- from Motorist(s): 1 / 4
- from Person(s): 2 / 3

**Crime**
- Bribery: 2 / 3
- Sex Crime: 2 / 3
- Fraud: 2 / 2

**Arrest Effected**
- Injured in Custody: 2 / 8
- Assaulted: 0 / 2
- Injured Prior to PD Custody: 1 / 1

■ 2005 ■ 2006



# PATROL BOROUGH

## Corruption "C" Cases 2005 vs 2006

|  | 2005 | 2006 | +/- | % difference |
|---|---|---|---|---|
| Stolen Property | 36 | 23 | -13 | -36.1% |
| Arrest Effected | 13 | 17 | 4 | 30.8% |
| Narcotics | 20 | 9 | -11 | -55.0% |
| Crime | 12 | 9 | -3 | -25.0% |
| Abuse of Department Regulations | 8 | 6 | -2 | -25.0% |
| Traffic | 1 | 1 | 0 | 0.0% |
| Domestic Incidents | 0 | 1 | 1 | n/a |
| Gambling | 1 | 0 | -1 | -100.0% |
| Assault | 2 | 0 | -2 | -100.0% |
| Gratuities | 0 | 0 | 0 | n/a |
| Miscellaneous | 0 | 0 | 0 | n/a |
| Penal Law Violations | 0 | 0 | 0 | n/a |
| Perjury/False Statements | 0 | 0 | 0 | n/a |
| Vice | 0 | 0 | 0 | n/a |
|  | **93** | **66** | -27 | -29.0% |



# MANHATTAN NORTH



**Stolen Property**
- from Prisoner(s): 11, 18
- from Person(s): 5, 12
- from Motorist(s): 1, 3

**Arrest Effected**
- Assaulted: 4, 12
- Injured in Custody: 4, 8
- Flaking/False Arrest: 0, 1

**Narcotics**
- Associates with Dealer(s): 2, 5
- Narcotics Other: 2, 4
- Associates Family: 1, 3

□ 2005  ■ 2006



# Corruption "C" Cases 2005 vs 2006

| | 2005 | 2006 | +/- | % difference |
|---|---|---|---|---|
| Stolen Property | 18 | 31 | 13 | 72.2% |
| Arrest Effected | 16 | 20 | 4 | 25.0% |
| Crime | 6 | 14 | 8 | 133.3% |
| Narcotics | 12 | 9 | -3 | -25.0% |
| Abuse of Department Regulations | 5 | 5 | 0 | 0.0% |
| Perjury/False Statements | 1 | 2 | 1 | 100.0% |
| Gratuities | 0 | 1 | 1 | n/a |
| Traffic | 0 | 1 | 1 | n/a |
| Assault | 2 | 0 | -2 | -100.0% |
| Domestic Incidents | 1 | 0 | -1 | -100.0% |
| Vice | 1 | 0 | -1 | -100.0% |
| Gambling | 0 | 0 | 0 | n/a |
| Miscellaneous | 0 | 0 | 0 | n/a |
| Penal Law Violations | 0 | 0 | 0 | n/a |
| | 62 | 83 | 21 | 33.9% |

Case 1:12-cv-00137-ILG-VVP   Document 1-4   Filed 01/11/12   Page 9 of 15 PageID #: 74



# BROOKLYN SOUTH

**Stolen Property**
- from Prisoner(s): 5 / 17
- from Premise(s): 4 / 6
- from Person(s): 2 / 3

**Arrest Effected**
- Assaulted: 6 / 12
- Injured in Custody: 9 / 8
- Other: 1 / 0

**Crime**
- Sex Crime: 1 / 5
- Crime Other: 1 / 3
- Fraud: 0 / 3

■ 2005  ■ 2006

2006 ANNUAL REPORT | 23



# PATROL BOROUGH

## Corruption "C" Cases 2005 vs 2006

|  | 2005 | 2006 | +/- | % difference |
|---|---|---|---|---|
| Stolen Property | 23 | 39 | 16 | 69.6% |
| Arrest Effected | 28 | 20 | -8 | -28.6% |
| Narcotics | 18 | 8 | -10 | -55.6% |
| Abuse of Department Regulations | 8 | 6 | -2 | -25.0% |
| Crime | 11 | 5 | -6 | -54.5% |
| Assault | 1 | 1 | 0 | 0.0% |
| Domestic Incidents | 1 | 1 | 0 | 0.0% |
| Vice | 1 | 1 | 0 | 0.0% |
| Gambling | 0 | 1 | 1 | n/a |
| Gratuities | 0 | 1 | 1 | n/a |
| Miscellaneous | 0 | 1 | 1 | n/a |
| Penal Law Violations | 0 | 1 | 1 | n/a |
| Perjury/False Statements | 0 | 1 | 1 | n/a |
| Traffic | 0 | 0 | 0 | n/a |
|  | 91 | 86 | -5 | -5.5% |



# BROOKLYN NORTH

## Stolen Property

- from Prisoner(s): 13 / 22
- from Person(s): 5 / 5
- from Premise(s): 2 / 4

## Arrest Effected

- Injured in Custody: 11 / 18
- Assaulted: 5 / 5
- Flaking/False Arrest: 1 / 4

## Narcotics

- Associates with Dealer(s): 2 / 3
- Takes Drugs from Dealer No Arrest: 0 / 2
- Associates Narcotic Location: 1 / 1

2005  2006

# PATROL BOROUGH

## Corruption "C" Cases 2005 vs 2006

| | 2005 | 2006 | +/- | % difference |
|---|---|---|---|---|
| Stolen Property | 17 | 31 | 14 | 82.4% |
| Arrest Effected | 9 | 14 | 5 | 55.6% |
| Narcotics | 5 | 7 | 2 | 40.0% |
| Crime | 11 | 5 | -6 | -54.5% |
| Abuse of Department Regulations | 3 | 4 | 1 | 33.3% |
| Gambling | 0 | 1 | 1 | n/a |
| Traffic | 0 | 1 | 1 | n/a |
| Miscellaneous | 0 | 2 | 2 | n/a |
| Assault | 1 | 1 | 0 | 0.0% |
| Perjury/False Statements | 1 | 1 | 0 | 0.0% |
| Vice | 1 | 0 | -1 | -100.0% |
| Domestic Incidents | 0 | 0 | 0 | n/a |
| Gratuities | 0 | 0 | 0 | n/a |
| Penal Law Violations | 0 | 0 | 0 | n/a |
| | 48 | 67 | 19 | 39.6% |



# QUEENS SOUTH

Stolen Property
from Prisoner(s)
9
13
from Premise(s)
1
6
from Person(s)
3
5
Arrest Effected
Assaulted
5
6
Injured in Custody
4
6
Flaking/False Arrest
0
1
Narcotics
Flaking
0
2
Use
0
2
Takes Drugs from Dealer No Arrest
2
1
2005
2006

# PATROL BOROUGH SHEA ST

## Corruption "C" Cases 2005 vs 2006

|  | 2005 | 2006 | +/- | % difference |
|---|---|---|---|---|
| Stolen Property | 23 | 25 | 2 | 8.7% |
| Arrest Effected | 4 | 9 | 5 | 125.0% |
| Narcotics | 11 | 7 | -4 | -36.4% |
| Crime | 9 | 6 | -3 | -33.3% |
| Abuse of Department Regulations | 7 | 2 | -5 | -71.4% |
| Traffic | 1 | 0 | -1 | -100.0% |
| Perjury/False Statements | 1 | 0 | -1 | -100.0% |
| Miscellaneous | 1 | 0 | -1 | -100.0% |
| Assault | 0 | 0 | 0 | n/a |
| Domestic Incidents | 0 | 0 | 0 | n/a |
| Gambling | 0 | 0 | 0 | n/a |
| Gratuities | 0 | 0 | 0 | n/a |
| Penal Law Violations | 0 | 0 | 0 | n/a |
| Vice | 0 | 0 | 0 | n/a |
|  | 57 | 49 | -8 | -14.0% |



# QUEENS NORTH

**Stolen Property**
- from Prisoner(s): 10, 15
- from Person(s): 3, 7
- from Dept. Facility: 0, 4

**Arrest Effected**
- Injured in Custody: 2, 4
- Assaulted: 1, 4
- Injured Prior to PD Custody: 0, 1

**Narcotics**
- Flaking: 2, 2
- Sale: 2, 2
- Associates Narcotic Location: 0, 2

■ 2005  ■ 2006