

# Corruption "C" Cases 2005 vs 2006

|  | 2005 | 2006 | +/- | % difference |
|---|---|---|---|---|
| Stolen Property | 46 | 45 | -1 | -2.2% |
| Arrest Effected | 23 | 30 | 7 | 30.4% |
| Narcotics | 26 | 23 | -3 | -11.5% |
| Crime | 8 | 18 | 10 | 125.0% |
| Abuse of Department Regulations | 11 | 11 | 0 | 0.0% |
| Domestic Incidents | 0 | 4 | 4 | n/a |
| Perjury/False Statements | 2 | 2 | 0 | 0.0% |
| Penal Law Violations | 0 | 1 | 1 | n/a |
| Assault | 0 | 1 | 1 | n/a |
| Traffic | 1 | 0 | -1 | -100.0% |
| Gambling | 0 | 0 | 0 | n/a |
| Gratuities | 0 | 0 | 0 | n/a |
| Miscellaneous | 0 | 0 | 0 | n/a |
| Vice | 0 | 0 | 0 | n/a |
|  | 117 | 135 | 18 | 15.4% |



**Stolen Property**

- from Prisoner(s): 31 / 26
- from Person(s): 5 / 5
- from Premise(s): 5 / 4

**Arrest Effected**

- Assaulted: 9 / 13
- Injured in Custody: 13 / 11
- Flaking/False Arrest: 0 / 5

**Narcotics**

- Associates with Dealer(s): 5 / 7
- Associates Family: 1 / 4
- Flaking: 4 / 2

□ 2005 ■ 2006



# PATROL BOROUGH

## Corruption "C" Cases 2005 vs 2006

| | 2005 | 2006 | +/- | % difference |
|---|---|---|---|---|
| Stolen Property | 4 | 7 | 3 | 75.0% |
| Arrest Effected | 3 | 5 | 2 | 66.7% |
| Crime | 7 | 3 | -4 | -57.1% |
| Abuse of Department Regulations | 4 | 3 | -1 | -25.0% |
| Narcotics | 4 | 1 | -3 | -75.0% |
| Assault | 0 | 1 | 1 | n/a |
| Miscellaneous | 0 | 1 | 1 | n/a |
| Gambling | 1 | 0 | -1 | -100.0% |
| Vice | 1 | 0 | -1 | -100.0% |
| Domestic Incidents | 0 | 0 | 0 | n/a |
| Gratuities | 0 | 0 | 0 | n/a |
| Perjury/False Statements | 0 | 0 | 0 | n/a |
| Penal Law Violations | 0 | 0 | 0 | n/a |
| Traffic | 0 | 0 | 0 | n/a |
| | **24** | **21** | **-3** | **-12.5%** |



# STATEN ISLAND

## Stolen Property

- from Person(s): 1, 2
- from Premise(s): 1, 2
- from Prisoner(s): 0, 4

## Arrest Effected

- Assaulted: 0, 3
- Injured in Custody: 1, 2
- Other: 0, 2

## Crime

- Fraud: 1, 2
- Sex Crime: 4, 1
- Sells Confidendtial Dept. Info.: 0, 2

□ 2005  ■ 2006



# Corruption "C" Cases 2005 vs 2006

|  | 2005 | 2006 | +/- | % difference |
|---|---|---|---|---|
| Stolen Property | 62 | 65 | 3 | 4.8% |
| Arrest Effected | 21 | 21 | 0 | 0.0% |
| Narcotics | 21 | 19 | -2 | -9.5% |
| Crime | 18 | 10 | -8 | -44.4% |
| Abuse of Department Regulations | 14 | 9 | -5 | -35.7% |
| Vice | 3 | 1 | -2 | -66.7% |
| Perjury/False Statements | 1 | 1 | 0 | 0.0% |
| Miscellaneous | 0 | 1 | 1 | n/a |
| Domestic Incidents | 1 | 0 | -1 | -100.0% |
| Assault | 1 | 0 | -1 | -100.0% |
| Gambling | 0 | 0 | 0 | n/a |
| Gratuities | 0 | 0 | 0 | n/a |
| Penal Law Violations | 0 | 0 | 0 | n/a |
| Traffic | 0 | 0 | 0 | n/a |
|  | 142 | 127 | -15 | -10.6% |



**Stolen Property**

from Prisoner(s)
- 36
- 29

from a Warrant
- 13
- 14

from Premise(s)
- 7
- 10

**Arrest Effected**

Injured in Custody
- 7
- 15

Assaulted
- 5
- 5

Injured Prior to PD Custody
- 0
- 1

**Narcotics**

Flaking
- 7
- 11

Associates Family
- 1
- 3

Use
- 2
- 2

2005  2006



# Corruption "C" Cases 2005 vs 2006

|  | 2005 | 2006 | +/- | % difference |
|---|---|---|---|---|
| Stolen Property | 23 | 22 | -1 | -4.3% |
| Abuse of Department Regulations | 5 | 12 | 7 | 140.0% |
| Arrest Effected | 7 | 11 | 4 | 57.1% |
| Crime | 17 | 8 | -9 | -52.9% |
| Narcotics | 9 | 8 | -1 | -11.1% |
| Perjury/False Statements | 1 | 3 | 2 | 200.0% |
| Gambling | 0 | 3 | 3 | n/a |
| Traffic | 0 | 1 | 1 | n/a |
| Assault | 0 | 0 | 0 | n/a |
| Domestic Incidents | 0 | 0 | 0 | n/a |
| Gratuities | 0 | 0 | 0 | n/a |
| Miscellaneous | 0 | 0 | 0 | n/a |
| Penal Law Violations | 0 | 0 | 0 | n/a |
| Vice | 0 | 0 | 0 | n/a |
|  | 62 | 68 | 6 | 9.7% |



## Stolen Property

from Prisoner(s) — 12 / 12

from Premise(s) — 1 / 3

from a Warrant — 5 / 2

## Abuse of Department Regulations

Associates with Criminals — 2 / 4

Provides Confid. Dept. Info. — 0 / 4

Violation Rules/Procedures — 2 / 2

## Arrest Effected

Assaulted — 2 / 5

Injured in Custody — +

Flaking/False Arrest — 1 / 2

2005   2006



# CHIEF OF

## Corruption "C" Cases 2005 vs 2006

| Crime | 2005 | 2006 | +/- | % difference |
|---|---|---|---|---|
| Crime | 12 | 11 | -1 | -8.3% |
| Narcotics | 9 | 9 | 0 | 0.0% |
| Stolen Property | 13 | 8 | -5 | -38.5% |
| Abuse of Department Regulations | 4 | 5 | 1 | 25.0% |
| Traffic | 3 | 1 | -2 | -66.7% |
| Arrest Effected | 2 | 1 | -1 | -50.0% |
| Gambling | 0 | 1 | 1 | n/a |
| Domestic Incidents | 0 | 1 | 1 | n/a |
| Vice | 2 | 0 | -2 | -100.0% |
| Miscellaneous | 1 | 0 | -1 | -100.0% |
| Assault | 0 | 0 | 0 | n/a |
| Gratuities | 0 | 0 | 0 | n/a |
| Penal Law Violations | 0 | 0 | 0 | n/a |
| Perjury/False Statements | 0 | 0 | 0 | n/a |
| | **46** | **37** | **-9** | **-19.6%** |

Editor's Note: Chief of Transportation's Office figures are a consolidation of the Traffic Control Division and the Parking Enforcement District.



# TRANSPORTATION

## Crime

Crime Other
- 0
- 4

Sex Crime
- 1
- 3

Crime Bribery
- 0
- 2

## Narcotics

Use
- 3
- 4

Associates with Dealer(s)
- 1
- 2

Drug Test Failure
- 1
- 2

## Stolen Property

from Auto Pound
- 4
- 8

from Prisoner(s)
- 2
- 3

from Dept. Facility
- 2
- 2

2005  2006



# Corruption "C" Cases 2005 vs 2006

| Crime | 2005 | 2006 | +/- | % difference |
|---|---|---|---|---|
| Crime | 8 | 14 | 6 | 75.0% |
| Arrest Effected | 7 | 9 | 2 | 28.6% |
| Stolen Property | 9 | 9 | 0 | 0.0% |
| Abuse of Department Regulations | 6 | 8 | 2 | 33.3% |
| Narcotics | 1 | 7 | 6 | 600.0% |
| Assault | 1 | 1 | 0 | 0.0% |
| Domestic Incident | 0 | 1 | 1 | n/a |
| Miscellaneous | 0 | 1 | 1 | n/a |
| Perjury/False Statements | 1 | 1 | 0 | 0.0% |
| Traffic | 0 | 1 | 1 | n/a |
| Gambling | 0 | 0 | 0 | n/a |
| Gratuities | 0 | 0 | 0 | n/a |
| Penal Law Violations | 0 | 0 | 0 | n/a |
| Vice | 0 | 0 | 0 | n/a |
|  | 33 | 52 | 19 | 57.6% |



# BUREAU

**Crime**

Sex Crime — 5 / 4

Fraud — 1 / 4

Crime Other — 0 / 2

**Arrest Effected**

Injured in Custody — 4 / 7

Assaulted — 3 / 1

Shooting — 0 / 1

**Stolen Property**

from Prisoner — 8 / 3

Stolen Property Other — 1 / 2

from Person — 0 / 2

■ 2005  ■ 2006



# HOUSING

## Corruption "C" Cases 2005 vs 2006

|  | 2005 | 2006 | +/- | % difference |
|---|---|---|---|---|
| Stolen Property | 12 | 16 | 4 | 33.3% |
| Arrest Effected | 17 | 12 | -5 | -29.4% |
| Crime | 8 | 10 | 2 | 25.0% |
| Narcotics | 9 | 6 | -3 | -33.3% |
| Abuse of Department Regulations | 7 | 5 | -2 | -28.6% |
| Domestic Incidents | 0 | 1 | 1 | n/a |
| Miscellaneous | 0 | 1 | 1 | n/a |
| Vice | 0 | 1 | 1 | n/a |
| Assault | 0 | 0 | 0 | n/a |
| Gambling | 0 | 0 | 0 | n/a |
| Gratuities | 0 | 0 | 0 | n/a |
| Penal Law Violations | 0 | 0 | 0 | n/a |
| Perjury/False Statements | 0 | 0 | 0 | n/a |
| Traffic | 0 | 0 | 0 | n/a |
|  | 53 | 52 | -1 | -1.9% |



BUREAU

**Stolen Property**

from Prisoner(s): 4 | 8

from Person(s): 1 | 3

from Premise(s): 1 | 4

**Arrest Effected**

Injured in Custody: 6 | 11

Assaulted: 3 | 5

Other: 0 | 2

**Crime**

Sex Crime: 2 | 5

Official Misconduct: 3 | 1

Fraud: 2 | 1

2005  2006



# Corruption "C" Cases 2005 vs 2006

| | 2005 | 2006 | +/- | % difference |
|---|---|---|---|---|
| Crime | 24 | 16 | -8 | -33.3% |
| Abuse of Department Regulations | 11 | 12 | 1 | 9.1% |
| Narcotics | 12 | 11 | -1 | -8.3% |
| Stolen Property | 5 | 3 | -2 | -40.0% |
| Domestic Incidents | 0 | 1 | 1 | n/a |
| Arrest Effected | 5 | 0 | -5 | -100.0% |
| Assault | 2 | 0 | -2 | -100.0% |
| Miscellaneous | 1 | 0 | -1 | -100.0% |
| Perjury/False Statements | 1 | 0 | -1 | -100.0% |
| Gambling | 0 | 0 | 0 | n/a |
| Gratuities | 0 | 0 | 0 | n/a |
| Penal Law Violations | 0 | 0 | 0 | n/a |
| Traffic | 0 | 0 | 0 | n/a |
| Vice | 0 | 0 | 0 | n/a |
| | **61** | **43** | **-18** | **-29.5%** |