

# DIVISION



**Crime**
- Sex Crime: 7 / 12
- Fraud: 4 / 3
- Crime Other: 4 / 2

**Abuse of Department Regulations**
- Associates with Criminals: 5 / 6
- Violations Rules/Procedures: 5 / 4
- Associates Crime Family Member: 1 / 1

**Narcotics**
- Use: 5 / 6
- Drug Test Failure (Dole): 0 / 2
- Sale: 0 / 1

■ 2005  ■ 2006



# PARKING ENFORCEMENT

## Corruption "C" Cases 2005 vs 2006

|  | 2005 | 2006 | +/- | % difference |
|---|---|---|---|---|
| Narcotics | 9 | 9 | 0 | 0.0% |
| Crime | 9 | 9 | 0 | 0.0% |
| Stolen Property | 9 | 6 | -3 | -33.3% |
| Abuse of Department Regulations | 2 | 4 | 2 | 100.0% |
| Traffic | 3 | 1 | -2 | -66.7% |
| Arrest Effected | 1 | 1 | 0 | 0.0% |
| Domestic Incidents | 0 | 1 | 1 | n/a |
| Miscellaneous | 0 | 1 | 1 | n/a |
| Assault | 0 | 0 | 0 | n/a |
| Gambling | 0 | 0 | 0 | n/a |
| Gratuities | 0 | 0 | 0 | n/a |
| Penal Law Violations | 0 | 0 | 0 | n/a |
| Perjury/False Statements | 0 | 0 | 0 | n/a |
| Vice | 0 | 0 | 0 | n/a |
|  | 33 | 32 | -1 | -3.0% |



# DISTRICT

**Narcotics**
- Use: 3 / 4
- Narcotics Other: 1 / 2
- Associates with Dealer(s): 2 / 1

**Crime**
- Fraud: 1 / 6
- Official Misconduct: 1 / 3
- Crime Other: 0 / 4

**Stolen Property**
- from Auto Pound: 4 / 8
- from Dept. Facility: 1 / 2

2005  2006



**Stolen Property**, the leading category of corruption cases, encompassed nearly 34% of total "C" cases and increased 8.51% in 2006 compared with 2005. **Larceny from a Prisoner** was the foremost subcategory for stolen property and comprised nearly 50% of the total complaints. Examples of stolen property cases investigated during 2006 follow.



50 | 2006 ANNUAL REPORT

An anonymous complainant alleged that two police officers tasked with managing a precinct club were misappropriating funds. Drawing on the expertise of IAB's Financial Investigations Unit, investigators initiated a detailed and extensive analysis of the club's finances. They learned that the club customarily realized an annual profit of approximately 25% through the sale of T-shirts and vending machine merchandise. This profit was achieved during the subject officers' tenure and the money was deposited into the club's account. The subjects, however, failed to make the required ledger entries recording the deposits. Investigators also discovered the subjects made questionable withdrawals from the account, which they had used to purchase personal items such as vehicle tires and internet and cellular telephone service. Once investigators methodically identified the unspecified deposits to be the profits made exclusively from T-shirt and vending machine sales, they found a shortage in the account. This deficit together with the findings from various financial records confirmed the subjects' use of precinct club money for personal expenditures. The District Attorney's Office declined prosecution; however, in the Department trials both subjects were found guilty of Grand Larceny and were terminated from the Department.

A relative discovered that her deceased uncle's credit card was used on eight occasions following the date of his passing. IAB investigators were notified and promptly identified the police officers and medical personnel who responded to the residence of the aided and/or processed his property. One of the members of the service was recognized to be the subject of a similar but separate case. After reviewing numerous records, investigators discovered that the credit card purchases were made in two specific areas and all within timeframes that could be attributed to this subject officer. Investigative efforts and surveillances intensified and with this the subject was videotaped purchasing gas at a service station. IAB Investigators retrieved the receipt from the attendant and confirmed the purchase was made with a credit card that was stolen from yet another deceased individual. Investigators apprehended the subject and recovered the stolen credit card as well as an NYPD radio that had been reported stolen. Ultimately, the investigation uncovered that the of-

ficer stole property from four different deceased individuals. He was arrested and charged with Grand Larceny, Criminal Possession of Stolen Property, and Official Misconduct. He was suspended and chose to resign from the Department prior to the Department trial. The criminal trial is pending.

Allegations of corruption and/or serious misconduct oftentimes develop in situations where in addition to a response by the police, the service of other city agencies is required. In such situations, IAB investigators work collaboratively with the appropriate agency officials in order to ensure an all-encompassing investigation. Such was the case when IAB investigators responded to conduct a preliminary investigation regarding the alleged theft and use of a debit card belonging to a victim of a suicide. Firefighters and emergency service technicians from the NYC Fire Department responded to the victim's residence as did two police officers and an attendant from the Medical Examiner's Office. Once they identified the responders, IAB investigators focused on various financial records and confirmed fourteen instances of theft at ATM locations. A diligent search of the locations yielded video footage from an ATM surveillance camera located inside of a NYC hospital that showed a male concealed by a hooded sweatshirt debiting the victim's account. Two hospital workers in the vicinity of the ATM were also recorded on the videotape with the suspect. Hospital police assisted IAB investigators by identifying the employees and establishing from them the identity of the individual they were seen with on the videotape. The hospital employees recognized the individual to be a morgue attendant with the Medical Examiner's Office who had responded to the suicide victim's residence. The combined efforts of IAB investigators and the Medical Examiner's Inspector General resulted in the attendant's arrest for Grand Larceny. IAB investigators worked diligently on the case and very early in the investigation were able to definitively show that no member of the NYPD was involved in the theft. The police officers were quickly vindicated. Additionally, the facts of this case speak to the Bureau's commitment to finding the facts and providing the truth as it serves not only in fighting corruption, but also in protecting members of the service from false charges.



*Hospital employee seen on ATM video who identified the morgue attendant (above photo.)*



**Arrest Effected**, which includes complaints made by prisoners who alleged they were victimized by the arresting and/or assisting officer, comprised the second highest complaint category representing 17% of total corruption cases. This is an unprecedented incidence since traditionally the number of complaints classified in the category *Arrests Effected* was subordinated by the prevalence of complaints in the categories Stolen Property, Crime, and Narcotics. The top three ranking subcategories of Arrest Effected complaints were **Injured in Custody, Assault**, and **Flaking/False Arrest.** Examples of Arrest Effected complaints follow.



*A female wanted for committing a petit larceny and two accomplices were followed into a commercial establishment by several uniformed members of service. All three were taken into custody and arrested. The female subsequently alleged to Internal Affairs that while being apprehended, one member of the arrest team, a supervisor, struck her in the head with his firearm for no reason. She was subsequently treated at an area hospital for a head injury, receiving one stitch to close a laceration. IAB investigators located and conducted interviews of co-defendants and store employees. Official Department interviews were conducted of members of the service who were involved in the incident. Investigators also retrieved and analyzed surveillance video which captured part, but not all, of the arrest. Evidence that was garnered led to a determination that the subject member did in fact use unnecessary force by striking the female arrestee with a firearm. Department Charges and Specifications were issued.*



Arrest Effected — 162 (2005), 184 (2006)

*An allegation was received that a police officer "pistol whipped" a female and left her bleeding on the street. Internal Affairs investigators immediately responded and determined that Narcotics Division personnel had arrested the female during a narcotics enforcement operation. IAB investigators interviewed her and she alleged that while walking down the street, she became involved in an argument with a male at which time she summoned two others to assist her. She claimed that the male she was arguing with hit her in the head with a gun for no reason. The ensuing IAB investigation established that the male was an undercover narcotics officer engaged in a "buy and bust" operation. While the undercover was attempting to purchase drugs, the female and two accomplices assaulted and attempted to rob the undercover. While warding off the attack, the undercover struck the complainant. The three assailants were arrested and charged with attempted robbery, assault, and resisting arrest. The investigation ultimately found that the force used by the officer was necessary to defend himself and he was exonerated.*





Top 3 SubCategories

- Injured in Custody: 98 / 80
- Assaulted: 46 / 75
- Flaking/False Arrest: 3 / 20

☐ 2005  ■ 2006