

Although **Crime complaints** decreased 5.46% in 2006 compared with 2005, Crime related complaints remained in the top three corruption categories by accounting for approximately 16% of total corruption cases. **Fraud**, predominantly allegations of Insurance, Credit Card, and Welfare fraud, comprised the foremost subcategory accounting for 29% of Crime cases and increasing 85% in 2006. Allegations of **Sex Crimes**, representing 23% of Crime complaints, decreased 35% compared with 2005. **Official Misconduct** complaints also decreased in 2006 by 24% and comprised 16% of Crime complaints. Following are examples of Crime cases investigated in 2006.



**'IT'S NOT TRUE'**
He's too devout for slay plot: sis of wanna-be cop

A probationary police officer notified IAB investigators when a fellow Police Academy recruit disclosed his desire to have his girlfriend killed. The subject explained that he would commit the murder himself if he possessed a firearm, but instead requested a referral from the recruit, who he assumed had ties to organized crime because of his ethnicity. IAB investigators commenced an immediate investigation and in conjunction with the District Attorney's Office arranged a controlled telephone call. As a result, the informant met with the subject officer in a parking lot and introduced him to an undercover detective posing as a "hitman." The subject officer reiterated his desire to have his girlfriend killed and provided the undercover with $200, his credit card, and the identity of his intended victim. An agreement was reached and as the subject proceeded to leave, he was arrested by a field team comprised of IAB investigators and members of the District Attorney's Squad. The subject officer was charged with Conspiracy 2° and resigned from the Department. The criminal trial is pending.

IAB investigators were notified when a complainant claimed that his sister, a police officer, committed fraud in order to be listed as the sole owner on the deed to their father's house. The subject allegedly removed the brother's name from the deed, forged the father's signature certifying the change, and attempted to secure a second mortgage for the house. An investigation commenced by procuring mortgage records and real estate documents in order to confirm the changes to the deed. Investigators then discovered that the subject officer falsified medical documents to indicate her father suffered from Alzheimer's disease in an attempt to gain power of attorney over his financial matters. When the loan officers from the mortgage company engaged the father in a three-way telephone conversation in order to verify his illness, they suspected an impostor instead. IAB investigators analyzed an

58 | 2006 ANNUAL REPORT

audio recording of the conversation, acquired telephone records, and identified the impersonator. He admitted to knowing the subject and to making the telephone call for her. He was subsequently arrested and charged with Criminal Impersonation. The subject was arrested, suspended and charged with Attempted Grand Larceny and Criminal Solicitation. She was on dismissal probation due to a previous unrelated investigation. She was subsequently dismissed from the Department. The criminal trial is pending.

A suspect in custody for identity theft claimed that the investigating detective gave her an ultimatum to perform oral sex in lieu of being arrested. The complainant alleged the detective mandated that she cooperate and sign a written confession. He then stated to the woman that he would talk to the District Attorney and "make the case go away," but she would have to "take care of him" for the favor. Fearful of being arrested and having just recently started a new job, the complainant opted to cooperate and engaged in oral sex with the subject officer later that evening. IAB investigators commenced an immediate investigation and retrieved the detective's investigative case folder. The complainant's written confession was present; however, there was no documentation in the file pertaining to it. In fact, there was no mention of her culpability at all. Investigators recovered biological evidence from discarded tissues found at the meeting location, which confirmed DNA profiles for both the subject officer and the complainant. In an interview with IAB investigators and the District Attorney's Office, the subject claimed that the oral sex was consensual, and that the complainant never implicated herself in the crime. Consequently, he was suspended from the Department. As part of a plea agreement, the subject opted to resign his position with the Department in lieu of termination, and of being criminally prosecuted. Charges and specifications were prepared, and at the Department trial the subject was found guilty of Bribe Receiving, Coercion, Associating with Criminals, and False Statements.





Investigators recovered biological evidence from discarded tissues found at the meeting location, which confirmed DNA profiles for both the subject officer and the complainant.




# NARCOTICS

**Narcotic related allegations** decreased 11.30% in 2006, yet remain in the forefront of corruption complaint categories by comprising nearly 15% of total corruption cases. The top subcategory, **Narcotics Use**, increased 70% in 2006 and comprised 25% of narcotics complaints. **Associating with Dealer(s)** and **Flaking**, representing the second and third ranking subcategories, decreased 3.7% and 31%, respectively in 2006. Following are examples of narcotic cases investigated during 2006.



*Subject officer inside the confidential informant's apartment (above photo) and seen (below photo) purchasing the marijuana.*

IAB investigators learned that a police officer's former girlfriend alleged he used steroids; moreover, she had personally observed him injecting the drug into his buttocks. A comprehensive investigation commenced that encompassed a multiplicity of record inspections and an examination of the subject officer's personal history. Investigators then located an additional witness who claimed that on several occasions she had observed syringes and steroids in the subject's bathroom. Consequently, the subject officer was ordered to submit to a drug test, which indicated positive results for the steroid, Nandrolone. He was suspended from the Department and Charges and Specifications were prepared. The subject opted to resign from the Department rather than proceed with a Department trial.

A confidential informant alleged that a police officer was involved in the sale of marijuana. An IAB investigation commenced and the informant agreed to engage the subject in a sport-related bet with marijuana compensating the winner. The subject lost the bet and the informant arranged for them to meet at his residence. When the subject arrived at the house without the marijuana, he claimed he had insufficient funds. Ironically, the subject officer eventually borrowed the money from an IAB undercover detective who was present. After making contact with several drug dealers, the subject met with two suppliers and purchased several small plastic bags containing marijuana. Shortly thereafter, a team of IAB investigators arrested the two dealers while an additional team apprehended the subject and recovered the marijuana. The subject's activities and interactions before and during the marijuana purchase were recorded using audio and video surveillance equipment. Consequently, he was arrested and charged with Criminal Sale of Marijuana, Criminal Possession of Marijuana, and Official Misconduct. The subject was suspended from the Department and chose to resign prior to a Department trial. The criminal trial is pending.

When IAB investigators learned that a school crossing guard was buying and using cocaine on a regular basis, she was targeted with an integrity test. The subject was approached on her school crossing post by an undercover IAB investigator who directed her attention to an apparently discarded brown paper bag containing drugs. The undercover investigator witnessed the subject as she peered into the bag and acknowledged verbally that the contents were drugs. She then left her post and proceeded immediately to her residence where she was confronted by IAB investigators. The subject begrudgingly surrendered some of the drugs, as she had given the rest to her twenty year old daughter. The remainder was subsequently recovered from her daughter, who was also present. The subject was suspended following her refusal to be drug tested, and Charges and Specifications were prepared. Both she and her daughter were arrested and charged with Criminal Possession of a Controlled Substance. The school crossing guard was also charged with Official Misconduct and resigned from the Department. The criminal trials are pending.

Drug test failures increased by 125% from 12 in 2005 to 27 in 2006. The top three categories for positive tests, which comprised 85.2% of total failures were: "Random" with 9 or 33.3% of total failures; "For Cause Uniform" with 6 or 22.2% of total failures; and "For Cause Civilian" with 8 or 29.6% of total failures.

There were 19 test failures for cocaine, which comprised 70.4% of the 27 positive tests results. Refusal to submit to a drug screening test, which is considered a failure, increased from 3 in 2005 to 4 in 2006. Marijuana failures decreased 66.7% from 3 to 1, and failures for the drug PCP (phencyclidine) remained constant at 1.



Alleged drugs used in the integrity test and recovered from subject school crossing guard and her daughter.

## DRUG TEST FAILURES

☐ 2005 ■ 2006

| | 2005 | 2006 |
|---|---|---|
| Uniformed Members of the Service | 8 | 19 |
| Civilian Other | 3 | 5 |
| Traffic Enforcement Agents | 1 | 2 |
| School Safety Agents | 0 | 1 |

Totals shown on bar chart: 12 (2005), 27 (2006)

## FAILURE BY TYPE

☐ 2005 ■ 2006

| Category | 2005 | 2006 |
|---|---|---|
| RANDOM TESTS | 4 | 9 |
| FOR CAUSE UNIFORM | 1 | 6 |
| FOR CAUSE CIVILIAN | 4 | 8 |
| END OF PROBATION | 3 | 2 |
| OCCB RANDOM | 0 | 1 |
| VOLUNTARY UNIFORM | 0 | 1 |

Editors Note: On 8/1/06, the Department commenced the use of hair analysis for all drug testing. Hair analysis covers a longer time period and is believed to be the most effective testing method available. The increase in drug test failures is attributed to this change in the testing procedures. On 12/11/06, the Department voluntarily ceased the use of hair testing in random tests when the New York City Office of Collective Bargaining issued 2 orders prohibiting the use of hair tests because in their opinion, the use of hair testing is a collective bargaining matter. The Department has petitioned the New York State Supreme Court for a preliminary injunction and reversal of the order, and is awaiting the decision.





As new members enter the NYPD, they stand up straight and tall, raise their right hands, and take an oath that the people of this great City can trust them to protect and secure all that they cherish and value. The shield bestowed upon the officer is symbolic of this public trust, and it is accepted by him or her as a testament of their pledge to serve responsibly and honestly.

In 2006, the members of this Department arrested 155 individuals for attempting to break the bonds of trust between an officer and the people he/she has sworn to protect. Bribery arrests increased 13% when compared to 2005.

The Internal Affairs Bureau, in addition to recording statistics related to Bribery arrests, enhances those arrests where multiple payments are expected. IAB's commitment to assisting police officers in these circumstances is illustrated in the following summaries of cases from 2006.

A sergeant assigned to a specialized unit was approached by an individual with a request to influence the federal government to remove a grand jury indictment against his friend. The friend was facing a sentence of eight years if convicted and offered to pay up to $70,000 for the assistance. IAB investigators were notified immediately and a collaborative operation commenced. The sergeant met with the defendant and his friend in a vehicle equipped with audio and videotaping capability. He was offered an initial payment of $50,000, an automobile, and $5,000 per month to have the indictment reversed. Shortly thereafter, they met again in the vehicle and the defendants were electronically recorded providing the sergeant with $1,000, a diamond-embossed watch, and a promise for $30,000 in the near future. Investigators secured an arrest warrant and scheduled an additional payment operation with the defendant. A joint operation was enacted involving IAB investigators and federal agents. The defendants were taken into custody upon making payment to the sergeant and were charged with Obstruction of Justice and Attempted Bribery. The criminal trial is pending in federal court.

A sector team on patrol responded to a nightclub to address several complaints of excessive noise. The situation was resolved when the officers issued the owner Criminal Court Summonses for several violations.