### Examples of integrity tests conducted in 2006:

IAB investigators designed a situation for a police response in order to administer an integrity test to a particular member of the service. The targeted member's response was pre-empted, however, by a precinct sector team that responded instead. The two officers engaged the undercover detective who was posing as the suspect and requested identification. Despite establishing that the alleged suspect had not engaged in any criminal activity, one of the officers prepared a Criminal Court Summons for Disorderly Conduct and issued it to the undercover detective. Investigators captured the incident using audio and video surveillance equipment and the subject officer was placed on Modified Assignment. The District Attorney's Office declined prosecution; nevertheless, Charges and Specifications were prepared for Making a Punishable False Written Statement and the subject officer was terminated from the Department.

An arrest of a suspect in another state for child pornography resulted in the discovery of forensic evidence from his computer that implicated an individual from New York City in the crime. The authorities notified the NYPD's Computer Crimes Squad for assistance, and they in turn notified IAB investigators subsequent to discovering that the suspect was an NYPD detective. Upon verifying his receipt of child pornography via E-mail, investigators from IAB's Criminal Research and Computer Crimes Unit initiated Internet surveillances of the subject. During a targeted integrity test, the subject engaged an undercover investigator pretending to be a 14-year-old in numerous sexually explicit instant messages that were accompanied by E-mails containing graphic sexual images. The subject, who was improperly residing out of state at the time, eventually telephoned the alleged 14-year-old and planned for them to meet. Though the encounter never transpired, investigators observed the subject in the vicinity of the designated location. Local law enforcement officials assisted IAB investigators and executed a search warrant at the subject's residence the next day. He voluntarily agreed to return to New York, where he was arrested and charged with seventeen counts of Attempted Dissemination Of Inde-

cent Material to a Minor and Attempted Endangering the Welfare of a Minor. He was suspended from the Department and the criminal trial is pending.

Undercover narcotic detectives on assignment at Criminal Court learned that an employee was accepting money in exchange for providing confidential information from court files. Following a notification to their supervisor and a conferral with the District Attorney's Office, the detectives met with the subject and requested information about a narcotics defendant. The subject provided the information from the defendant's case folder in exchange for a previously agreed upon sum of US currency. At this point, the narcotic detectives learned the subject was a Police Attendant assigned to the court and immediately notified IAB. A collaborative effort ensued and the subject was targeted with an integrity test tailored to the situation. The attendant was captured on audio and videotape agreeing to provide confidential information to an undercover detective in exchange for money. Subsequently, investigators arrested the subject employee and charged him with Official Misconduct and Receiving Unlawful Gratuities. He was suspended from the Department and the criminal trial is pending.

IAB investigators were notified about a Police Administrative Aide who allegedly stole money from a colleague. The complainant claimed that she had momentarily left her work station in the precinct complaint room leaving her pocket book on top of her desk. Upon returning, she witnessed her startled colleague quickly withdrawing her hand from inside the bag. The complainant's suspicions were elevated since several days earlier she had discovered money missing from her wallet. An investigation commenced and investigators crafted an integrity test. The subject was videotaped taking money from an item left in the complaint room by an undercover detective, placing it into her wallet, and leaving the precinct at the end of her tour. Investigators confronted the subject and recovered the pre-recorded money from her wallet. She was arrested and charged with Petit Larceny, Criminal Possession of Stolen Property, and Official Misconduct. The subject was suspended from the Department and subsequently resigned. She pled guilty to Petit Larceny in a plea agreement.



Subject attendant accepting payment.

Investigators followed the subject Police Administrative Aide to her residence. They recovered the wallet, and placed her under arrest.

2006 ANNUAL REPORT | 81



# Proactive

### INTEGRITY TEST FAILURE BREAKDOWN BY TEST COUNT



Year Totals
2005: 67
2006: 63

Categories: PROCEDURAL, CRIMINAL, SUPERVISORY, FADO

### INTEGRITY TEST FAILURES BY PERSONNEL TYPE

| | PROCEDURAL | | CRIMINAL | | SUPERVISORY | | FORCE | |
|---|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2005 | 2006 | 2005 | 2006 | 2005 | 2006 |
| UNIFORMED | 36 | 42 | 7 | 10 | 6 | 2 | 5 | 3 |
| CIVILIAN | 3 | 0 | 3 | 3 | 0 | 0 | 0 | 0 |
| SCHOOL SAFETY | 6 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| TRAFFIC ENFORCEMENT | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| OTHER AGENCIES | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 45 | 43 | 11 | 13 | 6 | 3 | 5 | 4 |

### INTEGRITY TEST FAILURES BY PERSONNEL COUNT

| | PROCEDURAL | | CRIMINAL | | SUPERVISORY | | FORCE | |
|---|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2005 | 2006 | 2005 | 2006 | 2005 | 2006 |
| UNIFORMED | 57 | 57 | 8 | 10 | 6 | 2 | 5 | 3 |
| CIVILIAN | 2 | 0 | 3 | 3 | 0 | 0 | 0 | 0 |
| SCHOOL SAFETY | 10 | 3 | 1 | 0 | 0 | 0 | 0 | 0 |
| TRAFFIC ENFORCEMENT | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| OTHER AGENCIES | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 69 | 62 | 12 | 13 | 6 | 3 | 5 | 3 |

# Measures



**E.D.I.T. RESULTS** (□ 2005 ■ 2006): OPERATIONS — 251, 302; ARRESTS — 610, 668.

**A.W.A.R.E. RESULTS** (■ 2005 □ 2006): OPERATIONS — 54, 66; ARRESTS — 80, 102.

**PRISONER DEBRIEFINGS** (□ 2005 ■ 2006): PRISONERS DEBRIEFED — 2389, 2493.

**PRISONER DEBRIEFINGS RESULTS** (□ 2005 ■ 2006): CORRUPTION CASES — 13, 15; MISCONDUCT CASES — 0, 2; REFERRALS — 105, 189.



POLICE IMPERSONATION INVESTIGATIONS

An encounter with a police impersonator, whose authority rests solely with the deceptive appropriation and use of symbols too easily obtainable, triggers uncertainty in subsequent legitimate police-citizen encounters. Police impersonators, therefore, not only undermine the public's trust in the men and women charged with their protection, but also the reputation of the Department and its dedicated police officers.

The commitment of the Internal Affairs Bureau to ensuring public confidence in the NYPD is underscored by the dedication and efforts of the Police Impersonation Investigation Unit (PIIU). The PIIU investigates all serious crimes where the impersonation of a law enforcement official is either stated or implied. For 2006, 74% of the cases investigated by PIIU were for Robbery.





**Examples of police impersonation investigations conducted in 2006 follow:**

IAB investigators were notified that a college student walking home from school was apprehended, handcuffed, and thrown into a blue two-tone conversion van by an alleged agent of a fugitive enforcement squad. Once inside the vehicle, the student was physically assaulted, yet she managed to unlock the door and flee from the moving van. The abduction was indicative of a pattern of sexual assaults perpetrated by a police impersonator that IAB investigators were investigating. In a concerted effort with precinct detectives and following numerous surveillances and canvasses, investigators secured evidence implicating a suspect. As it turned out, the suspect was a defendant in a high profile murder case and was already in custody following his arrest a few weeks prior. Furthermore, the victim recognized the defendant's van as it was broadcast on a television news station covering the murder. Investigators obtained a search warrant for the defendant's vehicle and recovered DNA evidence that confirmed his role in the abduction. IAB investigators re-arrested the defendant pursuant to a Supreme Court arrest warrant and charged him with Kidnapping, Robbery, Assault, and Criminal Impersonation. The criminal trial is pending.

The District Attorney's Office notified IAB investigators when a defendant in a police impersonation robbery case implicated his niece in the crime. The defendant's niece, who was also a probationary NYC police officer, allegedly facilitated the robbery at the request of an acquaintance who offered to pay her to supply a corrupt police officer to participate. Unable to supply any actual police officers, she then solicited her uncle to impersonate a police officer. The scheme was interrupted when the authorities learned of the impending robbery and effected the defendant's arrest. IAB investigators verified the probationary police officer's identity and arranged for the uncle to make a controlled telephone call. In the ensuing conversation, the

probationary officer made statements about her involvement in the robbery, her expectation of payment, and the fact that she had made unauthorized computer inquiries. Investigators arrested the probationary officer and charged her with Drug Conspiracy and Robbery. She was suspended from the Department and charges and specifications were prepared. Subsequently, she resigned from the Department. Further, IAB investigators established the uncle's role in an additional, unrelated police impersonation kidnapping. He was therefore rearrested and charged with an additional count of Criminal Impersonation. The probationary officer pled guilty to the charges and is awaiting sentencing. The criminal case for the police impersonator is pending.

A confidential informant disclosed that a police equipment store employee sold several NYPD uniforms and shields with full knowledge that the purchaser intended to commit a robbery by impersonating a police officer. As a result, undercover IAB detectives visited the store on several occasions and purchased police equipment from the targeted employee. The investigators never identified themselves as police officers to the employee, nor did she require identification from them as required by law. Investigators obtained and executed a search warrant at the store and recovered, in addition to other contraband, 500 counterfeit NYPD shields. The employee was arrested, charged with Possession of a Forged Instrument and Criminal Sale of a Police Uniform, and agreed to cooperate with investigators. Based upon the information she provided, investigators obtained and executed a second search warrant and recovered a large amount of NYPD counterfeit merchandise, several firearms, and narcotics. The would-be impersonator was arrested and charged with Forgery, Criminal Possession of a Weapon, and Criminal Possession of a Controlled Substance. Furthermore, the store was closed in accordance with a Nuisance Abatement Order. Both defendants pled guilty to the forgery charges.





P.I.I.U. - ARRESTS
2005 ■ 2006
112 | 195
ARRESTS



P.I.I.U. - CASES
2005 ■ 2006
ROBBERY: 198 | 206
OTHER: 81 | 73







# TRAINING



The Internal Affairs Bureau is dedicated to providing the necessary instruction to ensure excellence in our investigators, and hence, superior internal investigations. Training and professional development, hallmarks of the Internal Affairs Bureau, are crucial to the pursuit of investigative excellence. In fact, the Bureau's mission to provide effective corruption control correlates unequivocally with its commitment to the professional development of its personnel.